# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LATA TOMLINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 6:15-cv-01105 |
| | ) |
| OCWEN LOAN SERVICING, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441 *et seq.*, Defendant Ocwen Loan Servicing, LLC ("Defendant") hereby removes to the United States District Court for the District of Kansas the case styled *Lata Tomlinson v. Ocwen Loan Servicing, LLC,* Case No. 15CV0617, from the District Court of Sedgwick County, Kansas, in which it is now pending. Defendant states the following concerning this Notice of Removal.

1.  On March 9, 2015, Plaintiff Lata Tomlinson ("Plaintiff") filed the original Petition ("Complaint") in the District Court of Sedgwick County, Kansas. A copy of the Complaint is attached hereto at Exhibit A.

2.  Defendant was served with Summons and Complaint on March 17, 2015. The Summons incorrectly indicated that Defendant, an out-of-state entity, had 21 days to respond to the Complaint. Under Kansas law, out-of-state defendants should have 30 days to respond to a complaint. In an abundance of caution, Defendant removes this case in accordance with the timeframe set out in the Summons issued to it.

3.  This Notice of Removal is filed within thirty (30) days of the date on which the case became removable and therefore is timely pursuant to 28 U.S.C. § 1446(b).

1185049

4. This action is removable pursuant to 28 U.S.C. § 1441(a) because it is within the United States District Court's jurisdiction under 28 U.S.C. § 1332(a) in that the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

5. Diversity of citizenship exists between Plaintiff and Defendant under 28 U.S.C. § 1332(a). Plaintiff is a resident of Sedgwick County, Kansas. *See* Complaint, at ¶ 1.

6. Ocwen is a limited liability company ("LLC") organized under the laws of the State of Delaware with its principal place of business in the State of Florida. For purposes of diversity jurisdiction, an LLC's citizenship is the citizenship of each of its members. Birdsong v. Westglen Endoscopy Center LLC, 176 F. Supp. 2d 1245, 1248 (D. Kans. 2001). Ocwen's sole member is Ocwen Financial Corporation, a Florida corporation with its principal place of business in the State of Georgia. A corporation is deemed a citizen of any state in which it has been incorporated and the state containing its principal place of business. See 28 U.S.C. § 1332(c)(1); Hertz Corp. v. Friend, 559 U.S. 77, 80 (2010). Accordingly, Ocwen is a citizen of Florida and Georgia for purposes of diversity jurisdiction.

7. From the face of the Complaint, the matter in controversy exceeds the sum or value of $75,000.00. Counts I-IV of the Complaint each seek "actual damages or civil penalties in the amount of $10,0000.00 against Ocwen for each deceptive act under the Kansas Consumer Protection Act ("KCPA")…" These counts all relate to allegations that Plaintiff was offered loan modifications after the investor secured a default foreclosure judgment against Plaintiff, and that Plaintiff did not receive a loan modification that she claims she was entitled to have. *See* Complaint. The KCPA provides for the greater of actual damages or penalties. Kan. Stat. Ann. § 50-634(b).

8. Count I concerns two loan modification offers that Plaintiff alleges she received after the judgment. Although there is no indication of actual damages, the two offers constitute separate acts under KCPA that would result in at least $20,000.00 in penalties.

9. Count II relates to a Shared Appreciation Modification Agreement. Actual damages for this count are shown in Exhibit 2 to the Complaint. The sixth page of that document states that under the Shared Appreciation Modification, Plaintiff would have received the benefit of a deferred principal balance of $33,386.94 that would have been 100% forgiven over three years. Thus, in addition to the benefit that Plaintiff would have received with a modified interest rate on her loan of 2.0% and lowered monthly payments for 277 months, there is at least $33,386.94 at issue for this count.

10. Count III relates to a purported 1099-C issued to Plaintiff in the amount of $4,996.73. Although there is no allegation as to the amount of the "financial burden" allegedly suffered by Plaintiff, again, under the KCPA, there is at least $10,000.00 at issue.

11. Count IV references purported unconscionable acts of Ocwen relating to the modification offers that would result in at least $10,000.00 in penalties.

12. Finally, Count V concerns an insurance claim of $11,463.67 to which Plaintiff seeks a declaration that all of the funds belong to her.

13. Based on the foregoing, the amount in controversy is at least $84,850.61.

14. A copy of this Notice of Removal will be filed in the District Court of Sedgwick County, Kansas and served on Plaintiff's counsel.

15. Attached at Exhibit A are true and correct copies of all process, pleadings, and orders served on Defendant in the state court action in the District Court of Sedgwick County, Kansas.

16. Venue is proper in this Court pursuant to 28 U.S.C. § 1446, as the United States District Court for the District of Kansas geographically embraces the state court in Sedgwick County, Kansas in which Plaintiff filed the state court action.

WHEREFORE, Defendant Ocwen Loan Servicing, LLC hereby removes this case from the District Court of Sedgwick County, Kansas to this Court for all further proceedings, as provided by law and indicates that, pursuant to 28 U.S.C. § 1446, the District Court of Sedgwick County, Kansas proceed no further unless and until such further Order of this Court.

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Jonathon D. Nicol
Ashley N. Gillard    KS #24869
Jonathon D. Nicol    KS #26588
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO  64105
Telephone:  (816) 374-3200
Facsimile:   (816) 374-3300
ashley.gillard@bryancave.com
jonathon.nicol@bryancave.com

Eric D. Martin    KS #25696
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO  63102
Telephone: (314) 259-2000
Facsimile: (314) 259-2020
eric.martin@bryancave.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2015, a true and correct copy of the foregoing document was served via U.S. Mail, first class postage prepaid, to the following counsel of record:

>Nicholas R. Grillot
>Hinkle Law Firm, LLC
>301 North Main, Suite 2000
>Wichita, KS  67202-4820
>
>*Attorneys for Plaintiff*

/s/ Jonathon D. Nicol
Attorney for Defendant