Exhibit A

COPY

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS, CIVIL DEPARTMENT

LATA TOMLINSON,
*Plaintiff,*

vs.

OCWEN LOAN SERVICING
Defendant.

Case No. 15CV0617
Pursuant to Chapter 60
of Kansas Statutes Annotated

## SUMMONS

***Type of Service Requested: CERTIFIED MAIL, RETURN RECEIPT REQUESTED by ATTORNEY***

To the above named Defendant(s): OCWEN LOAN SERVICING LLC
c/o The Corporation Service Company, Resident Agent
2900 SW Wanamaker Dr., Ste 204, Topeka, KS 66614

You are hereby summoned and required to serve upon **Nicholas R. Grillot**, Plaintiff's attorney, whose address is **301 N. Main, Suite 2000, Wichita, Kansas 67202-4820**, a pleading to the Petition which is herewith served upon you, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Petition. Your pleading must also be filed with the Court. As provided in subsection (a) of K.S.A 60-213, and amendments thereto, your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

Dated MAR 0 9 2015, 2015

DISTRICT COURT SEAL SEDGWICK COUNTY, KANSAS

Clerk of the District Court
of Sedgwick County, Kansas

By Jessica Prlln [signature], Deputy

**REASONABLE ACCOMMODATIONS WILL BE PROVIDED IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT.**

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this summons:

**(l) Personal Service.** By delivering a copy of said summons and a copy of the petition to each of the following defendants on the dates indicated:

_______________, 20__ _______________, 20__

**(2) Residence Service.** By leaving a copy of said summons and a copy of the petition at the usual place of residence of each of the following defendants with some person of suitable age and discretion residing therein on the dates indicated:

_______________, 20__ _______________, 20__

**(3) Agent Service.** By delivering a copy of said summons and a copy of the petition to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated:

_______________, 20__ _______________, 20__

**(4) Residence Service and Mailing.** By leaving a copy of said summons and a copy of the petition at the usual place of residence of each of the following defendants and mailing by first-class mail on the dates indicated a notice that such copy has been so left:

_______________, 20__ _______________, 20__

**(5) Certified Mail Service.** I hereby certify that I have served the within summons:
(1) By mailing on the _______ day of _______________, 2015, a copy of the summons and a copy of the petition in the above action as certified mail return receipt requested to each of the within-named defendants;
(2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as follows: By_____________

**(6) Certified Mail Service Refused.** I hereby certify that on the __ day of _____, 2015, I mailed a copy of the summons and petition in the above action by first-class mail, postage prepaid, addressed to _______________ at _______________. By_____________

**(7) No Service.** The following defendants were not found in this county: _______________

Dated:__________

_______________________
Signature and Title of Officer

PLAINTIFF'S ATTORNEY (Name and Address):
Nicholas R. Grillot, #22054
Hinkle Law Firm, LLC
301 N. Main, Suite 2000
Wichita, KS 67202-4820 (316) 267-2000
ngrillot@hinklaw.com

DC18



FILED
APP DOCKET NO.
2015 MAR -9 A 11:13
CLERK OF DIST COURT
18TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KS
BY

HINKLE LAW FIRM, LLC
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
(316) 267-2000 / (316) 264-1518, facsimile

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

LATA TOMLINSON,

*Plaintiff,*

v.

OCWEN LOAN SERVICING, LLC,

*Defendant.*

Case No. 15 CV 15CV0617
Pursuant to K.S.A. Chapter 60

**PETITION**

COMES NOW plaintiff Lata L. Tomlinson, by and through her attorney Nicholas R. Grillot of the Hinkle Law Firm, LLC, and for her cause of action against defendant Ocwen Loan Servicing, LLC, states the following:

**The Parties**

1. At all relevant times, Lata L. Tomlinson ("Tomlinson") was a resident of Sedgwick County, Kansas.

2. Ocwen Loan Servicing, LLC ("Ocwen") is a foreign limited liability company with a principal place of business located at 1661 Worthington Road, Suite 100, West Palm Beach, Florida 35409. Ocwen can be served through its registered agent the Corporation Service Company, 2900 SW Wanamaker Drive, Suite 204, Topeka, Kansas 66614.

**Jurisdiction and Venue**

3. This Court has subject matter jurisdiction of this case.

4. Venue is proper in Sedgwick County, Kansas.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 2

**Background**

5. In 2006, Tomlinson purchased the property located at 2326 N. Gentry, Wichita, Kansas (the "Property"). To do so, Tomlinson executed a note in favor of Ownit Mortgage Solutions, Inc. ("Ownit Mortgage") and a mortgage on the Property in favor of Mortgage Electronic Registration Systems, Inc. ("MERS"), as the nominee of Ownit Mortgage.

6. Several years after she executed the note with Ownit Mortgage, Tomlinson negotiated a loan modification with Litton Loan Servicing, LP ("Litton") and an addendum to the mortgage was filed of record.

7. On June 27, 2012, U.S. Bank, N.A., as Successor Trustee to Bank of America, N.A. as successor by merger to LaSalle Bank, N.A. as Trustee for Ownit Mortgage Loan Asset Back Certificates, Series 2006-7 ("U.S. Bank") filed a mortgage foreclosure suit against Tomlinson in the Sedgwick County District Court, Case No. 12 CV 2233.

8. U.S. Bank took a default judgment against Tomlinson on August 6, 2012.

9. In June and July 2012, Ocwen began to send loan modification offers to Tomlinson. Copies of the various solicitations are attached as Exhibit 1.

10. Tomlinson attempted to take advantage of Ocwen's loan modification offers and submitted multiple applications and documents to Ocwen as part of that process. Ocwen denied Tomlinson's request for a loan modification.

11. Again, in April 2013, Ocwen offered Tomlinson an opportunity to participate in the loan modification process, which she submitted the appropriate paperwork to Ocwen to enter into a loan modification.

12. Ocwen again denied Tomlinson's request for a loan modification on June 3, 2013.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 3

13. On June 7, 2013, Ocwen sent Tomlinson a "Shared Appreciation Modification Offer" that supposedly offered to lower Tomlinson's interest rate and requested an initial payment of $782.45. A copy of the Shared Appreciation Modification Offer is attached as Exhibit 2.

14. In this Shared Appreciation Modification Offer, Ocwen stated "to accept this offer" all Tomlinson had to do was to return the Shared Appreciation Modification Agreement (the "Agreement") and a pay of $782.45 on or before July 1, 2013. Tomlinson was also required to pay $782.45 on or before August 1, 2013 as a "trial payment."

15. Tomlinson completed the Shared Appreciation Modification Agreement and submitted it to Ocwen along with the payment of $782.45 in June 2013. Tomlinson also submitted the second payment to Ocwen of $782.45 under the Agreement in August 2013.

16. According to the Agreement, the modification should have gone into effect upon the completion of the trial period.

17. Instead, on September 4, 2013, U.S. Bank obtained an order to sell the Property. The Property was sold to U.S. Bank at Sheriff's Sale on September 25, 2013 with a credit bid of $151,234.97.

18. In February 2014, Ocwen sent a 1099-C to Tomlinson for discharge of indebtedness income in the amount of $4,996.73.

**COUNT I – Deceptive Acts under the Kansas Consumer Protection Act
Loan Modification Offers in June 2012 and April 2013**

19. Tomlinson restates the allegations contained in paragraphs 1 through 18 herein.

20. Tomlinson is a consumer as the term is defined in KAN. STAT. ANN. § 50-624(b).

21. Ocwen is a supplier as term is defined in KAN. STAT. ANN. § 50-624(j).

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
        Case No. 15 CV
        *Petition*
Page | 4

22.     The offers made by Ocwen to Tomlinson constitute a consumer transaction as the term is defined under the KAN. STAT. ANN. § 50-624(c).

23.     The loan modification offers sent by Ocwen to Tomlinson in June 2012 and April 2013, contained offers for services to Tomlinson that included certain benefits and rights in favor of Tomlinson.

24.     Both of the loan modification offers Tomlinson attempted to participate in were received after U.S. Bank had obtained a foreclosure judgment against Tomlinson.

25.     Also, during both loan modification processes, U.S. Bank continued to schedule sheriff's sales of the Property.

26.     Ocwen offered these loan modifications to Tomlinson without the intent to provide them to Tomlinson. Ocwen's actions constitute deceptive acts under KAN. STAT. ANN. § 50-626(b)(5).

27.     Ocwen's actions placed a burden on Tomlinson as she attempted to solve her foreclosure issues by participating in Ocwen's loan modification offers, including the submission of paperwork, documents, and other things to facilitate the modification. Therefore, Tomlinson was aggrieved as a result of Ocwen's actions under KAN. STAT. ANN. § 50-634.

WHEREFORE, Tomlinson prays for a judgment against Ocwen for violations of KAN. STAT. ANN. § 50-626; for the Court to award Tomlinson her actual damages or civil penalties in the amount of $10,000.00 against Ocwen for each deceptive act under the Kansas Consumer Protection Act ("KCPA"); for the Court to award Tomlinson her attorney fees incurred in this action under the KCPA; for an award of her costs associated with the prosecution of this action; and for such other relief as the Court deems just and equitable.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 5

**COUNT II – Deceptive Acts under the Kansas Consumer Protection Act**
**The Shared Appreciation Modification Agreement**

28. Tomlinson restates the allegations contained in paragraphs 1 through 27 herein.

29. In June 2013, Ocwen sent Tomlinson a Shared Appreciation Modification Offer (the "Appreciation Offer") to Tomlinson.

30. Ocwen stated in the Appreciation Offer that Tomlinson could modify her loan if she submitted an executed Shared Appreciation Modification Agreement to Ocwen by July 1, 2013, a payment of $782.45 to Ocwen by July 1, 2013, and made one trial payment to Ocwen by August 1, 2013.

31. Tomlinson did all those things, but Ocwen refused to modify her loan.

32. In doing so, Ocwen falsely stated in its Appreciation Offer to Tomlinson that she had rights or benefits knowingly or with reason to know that Tomlinson did not have those rights or benefits. That action constitutes a deceptive act in violation of KAN. STAT. ANN. § 50-626(b)(8).

33. Again, Tomlinson is an aggrieved consumer because she participated in the Appreciation Offer and made payments to Ocwen. Therefore, she is entitled to recovery under KAN. STAT. ANN. § 50-634.

WHEREFORE, Tomlinson prays for a judgment against Ocwen for violations of KAN. STAT. ANN. § 50-626; for the Court to award Tomlinson her actual damages or civil penalties in the amount of $10,000.00 against Ocwen for each deceptive act under the KCPA; for the Court to award Tomlinson her attorney fees incurred in this action under KCPA; for an award of her costs associated with the prosecution of this action; and for such other relief as the Court deems just and equitable.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 6

**Count III – Unconscionable Acts under the Kansas Consumer Protection Act Ocwen's Issuance of 1099-C**

34. Tomlinson restates the allegations contained in paragraphs 1 through 33 herein.

35. Ocwen was the alleged loan servicer for U.S. Bank on Tomlinson's note.

36. U.S. Bank obtained a default foreclosure judgment against Tomlinson in August 2012.

37. A sheriff's sale of the Property was held on September 25, 2013. At the sale, U.S. Bank successfully credit bid $151,234.97, which is the full amount of debt owed under the August 2012 judgment. Therefore, there was no deficiency owed by Tomlinson after the sheriff's sale.

38. In February 2014, Ocwen issued a 1099-C that reported discharge of indebtedness income in the amount of $4,996.73.

39. Ocwen's issuance of the 1099-C is contrary to the result of the legal proceedings in Sedgwick County. Ocwen's issuance of the 1099-C is an unconscionable act under KAN. STAT. ANN. § 50-627.

40. Tomlinson is aggrieved by Ocwen's actions as the 1099-C creates a financial burden on her. Therefore, Tomlinson is entitled to recovery under KAN. STAT. ANN. §§ 50-634 and 50-636.

WHEREFORE, Tomlinson prays for a judgment against Ocwen for violations of KAN. STAT. ANN. § 50-626; for the Court to award Tomlinson her actual damages or civil penalties in the amount of $10,000.00 against Ocwen for each unconscionable act under the KCPA; for the Court to award Tomlinson her attorney fees incurred in this action under KCPA; for an award of

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 7

her costs associated with the prosecution of this action; and for such other relief as the Court deems just and equitable.

**Count IV – Unconscionable Acts under the Kansas Consumer Protection Act No Material Benefit from Any Transaction with Ocwen**

41. Tomlinson restates the allegations contained in paragraphs 1 through 40 herein.

42. Although Tomlinson tried to take advantage of all the loan modification offers made by Ocwen, Tomlinson was unable to receive any benefit from her transaction with Ocwen. Tomlinson was unable to obtain a loan modification or receive any other consideration from Ocwen.

43. Ocwen solicited Tomlinson's participation in these various offers without ever intending on providing those services to Tomlinson.

44. Ocwen committed unconscionable acts in violation of KAN. STAT. ANN. § 50-627.

45. Tomlinson was aggrieved by Ocwen's unconscionable acts as provided by KAN. STAT. ANN. § 50-634. Tomlinson is therefore entitled to recovery under KAN. STAT. ANN. §§ 50-634 and 50-636.

WHEREFORE, Tomlinson prays for a judgment against Ocwen for violations of KAN. STAT. ANN. § 50-627; for the Court to award Tomlinson her actual damages or civil penalties in the amount of $10,000.00 against Ocwen for each unconscionable act under the KCPA; for the Court to award Tomlinson her attorney fees incurred in this action under KCPA; for an award of her costs associated with the prosecution of this action; and for such other relief as the Court deems just and equitable.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 8

**COUNT V**
**Declaratory Judgment**

46. Tomlinson restates the allegations contained in paragraphs 1 through 45 herein.

47. The Note Tomlison executed in favor of Ownit Mortgage Solutions required her to maintain insurance on the Property.

48. In July 2012, U.S. Bank initiated an action against Tomlinson to recover the Note Tomlinson executed favor of Ownit Mortgage Solutions and to foreclose the mortgage against the Property. U.S. Bank obtained a judgment against Tomlinson on the Note and Mortgage.

49. After U.S. Bank obtained a foreclosure judgment, Tomlinson continued to maintain insurance against the Property. The alleged Note and Mortgage U.S. Bank held on the Property merged into the foreclosure judgment.

50. In May 2013, a hail storm damaged the Property.

51. On June 14, 2013, Columbia National Insurance, Co. issued a check for $11,463.67 made payable to Lata Tomlison, Lementrius Toney, and Ocwen Loan Servicing.

52. U.S. Bank held a sheriff's sale of the Property on September 25, 2013. The sheriff's sale foreclosed any interest in the Note and Mortgage U.S. Bank or Ocwen had in the Property.

53. As a result of the foreclosure judgment and the merger of the note and mortgage into that judgment, the proceeds from the insurance check belong to Tomlinson.

54. Tomlinson requests the Court enter a judgment in her favor declaring that the proceeds from the insurance check issued by Columbia National Insurance Co. belong to Tomlinson and that Ocwen does not have any interest in the proceeds of the insurance policy Tomlinson maintained on the Property.

In the Eighteenth Judicial District, District Court, Sedgwick County, Kansas
Lata L. Tomlinson v. Ocwen Loan Servicing, LLC
Case No. 15 CV
*Petition*
Page | 9

WHEREFORE, Tomlinson prays the Court for any order declaring the proceeds from the insurance claim belong to her, declaring that Ocwen does not maintain any interest in the insurance proceeds as set forth above, and enter such other and further relief the Court deems just and equitable.

RESPECTFULLY SUBMITTED,

HINKLE LAW FIRM, LLC,

Nicholas R. Grillot, #22054
301 North Main, Suite 2000
Wichita, Kansas 67202-4820
(316) 267-2000 / (316) 264-1518, facsimile
ngrillot@hinklaw.com
*Attorneys for Lata L. Tomlinson*

**REQUEST FOR JURY TRIAL**

COMES NOW, Plaintiff and requests a trial by jury on all issues in plaintiff's petition so triable.

Nicholas R. Grillot, #22054



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

June 16, 2012

Lata Tomlinson
2326 Gentry
Wichita KS 67220

yettatomlinson@yahoo.com

Loan Number: [redacted]0364

Dear Customer,

Ocwen is committed to helping our customers facing financial difficulties. Since 2010, we have successfully helped over 100,000 people resolve their mortgage delinquency and avoid foreclosure.

And, as your loan servicer, we are committed to helping YOU. We offer a full range of mortgage assistance programs, and actively participate in the Obama Administration's Home Affordable Mortgage Program (HAMP).

You may be able to **lower your monthly payments** – **APPLY NOW** to find out what options are available to you!

**HOW TO APPLY**

Find out what assistance you qualify for - simply complete the enclosed application material, and provide us with ALL requested financial documents.

**The Basics** – We need detail about your Financial Hardship, Income, Financial Assets, and Expenses.

Don't worry, a **Detailed Checklist and Instructions are provided on Page 3** – we want to make this as easy for you as possible.

**How to Speed-Up the Process**

- Send All Forms & Documents within 15 days of the date of this letter at ONE time and send All Pages of requested documents.
- **The faster you apply, the faster we reply.**
- Don't send originals! This way you have copies for your OWN records.
- Be sure to SIGN and DATE Forms!

**For Fastest Processing** – Please fax COMPLETE set of forms & documents to **1-407-737-6174**, or EMAIL us at **mod@ocwen.com**

**For Regular Processing** - Mail COMPLETE set of forms & documents & material to

**Ocwen Loan Servicing, LLC**
**Attn: Home Retention Department**
**1661 Worthington Road, Suite 100**
**West Palm Beach, Florida 33409**

**AFTER YOU APPLY**

We will conduct a thorough review of your financial situation, and first verify for your eligibility for the HAMP program. If HAMP doesn't apply to your loan, we will work to match your situation to our own mortgage modification and assistance programs. While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements. In the event that a foreclosure sale has been set and is within 30 days from this request for a HAMP application, the foreclosure sale will not be stopped and the sale will take place on the scheduled date unless a complete HAMP application with all required attachments and signatures is delivered to Ocwen no later than 7 business days prior to the scheduled foreclosure sale date. Requesting of a HAMP application via phone or via Ocwen's website will not stop a scheduled foreclosure sale that is within 30 days of the application request.

Your application review takes 30 days on average – **we will be sure to let you know** when our review is complete.

Keep in mind that "no news is good news" in the 30 days after you apply. But, if we need any information or clarification, we will be sure to let you know right away. There is no need to call, unless you have specific questions or concerns. If you do have questions, call us toll-free, at (800) 746-2936. We are available Monday through Friday 08:00 am ET to 09:00 pm ET, Saturday 08:00 am ET to 05:00 pm ET and Sunday 12:00 pm ET to 09:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

**EXHIBIT 1**

*HMPR Ver12/02*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

Loan Number: [redacted]0364

## AVOIDING FORECLOSURE - Mortgage Programs Are Available to Help

There are a variety of programs available to help you resolve your delinquency and keep your home. You may be eligible to refinance or modify your mortgage to make your payments and terms more manageable, for instance, lowering your monthly payment to make it more affordable. Or, if you have missed a few payments, you may qualify for a temporary (or permanent) solution to help you get your finances back on track. Depending on your circumstances, staying in your home may not be possible. However, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

| OPTION | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total amount you owe, in a lump sum payment and by a specific date. This may follow a forbearance plan as described below | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time | Allows you time to catch up on late payments without having to come up with a lump sum |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time | Have time to improve your financial situation and get back on your feet |
| **Modification** | Receive modified terms of your mortgage to make it more affordable or manageable after successfully making the reduced payment during a "trial period" (i.e., completing a three month trial period plan) | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. This is useful when there are no other liens on your property. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Refinance** | Receive a new loan with lower interest rate or other favorable terms | Makes your payment or terms more affordable |

**We Want to Help**
Take action and gain peace of mind and control of your situation. Complete and return this package to start the process of getting the help you need now.

**Learn More**
For more information, please see the Frequently Asked Questions (refer to Section 18) and other information provided with this letter. If you need assistance, contact our customer support team at (800) 746-2936.

**Act Now**
Please fax COMPLETE set of forms & documents to **1-407-737-6174**, or EMAIL us at **mod@ocwen.com**

Loan Number: [redacted]0364

## Detailed Checklist and Instructions

| | | |
|---|---|---|
| Step 1 | ☐ **Complete and sign the enclosed Request for Mortgage Assistance (RMA). Must be signed by all borrowers who are on the mortgage (notarization is not required). Section 3 may not apply to everyone.** | |
| | ☐ Borrower(s) information (Section 1)<br>☐ Property Information (Section 2)<br>☐ Occupancy and Rental Information (Section 3) | |
| Step 2 | ☐ **Provide required Financial Information and Documentation** | **(Section 4-8)** |
| | ☐ Provide the required income documentation as per the RMA form<br>☐ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence.<br>☐ Current Employment Information (Section 4)<br>☐ Income Information (Section 5)<br>☐ Required income documentation (Section 6)<br>☐ Combined Housing Assets (Section 7a)<br>☐ Housing Expenses (Section 7b)<br>☐ Misc. Expenses (Section 7c)<br>☐ Profit and Loss Statement (Section 8) | |
| Step 3 | ☐ **Provide required Hardship Documentation. This will be used to verify your hardship.** | **(Section 9)** |
| | ☐ Explain the reason for the Hardship<br>☐ Provide the required income documentation as per the RMA form | |
| Step 4 | ☐ **Provide authorization for Release of Information.** | **(Section 10 and 11)** |
| | ☐ Provide Consent of Release of Information (For Co-Borrower's only)<br>☐ Provide Consent of Release of Information | |
| Step 5 | ☐ **Complete and sign a dated copy of the enclosed IRS Form 4506T or 4506T-EZ** | **(Section 12)** |
| | ☐ For each borrower, please submit a signed, dated copy of IRS Form 4506T or 4506T-EZ (Short Form Request for Individual Tax Return Transcript)<br>☐ Borrowers who filed their tax returns jointly may send in one IRS Form 4506T or 4506T-EZ signed and dated by both joint filers | |
| Step 6 | ☐ **Review the information provided to help you understand your options, responsibilities, and next steps:** | |
| | ☐ Dodd Frank Certificate (Section 13)<br>☐ Acknowledgement and Agreement (Section 14)<br>☐ Beware of Foreclosure Rescue Scams (Section 15)<br>☐ Homeowner's Hotline (Section 16)<br>☐ Government monitoring Information (Section 17)<br>☐ Frequent Asked Questions (Section 18) | |
| Step 7 | ☐ **Gather and send completed documents—your Request for Mortgage Assistance (RMA) Form no later than 15 days from the date of this letter. You must send in all required documentation listed in steps 1-6 above, and summarized below:** | |
| | ☐ **Borrower and Rental Information (attached)** | ☐ **Section 1 to 3** |
| | ☐ **Financial Information (attached)** | ☐ **Section 4 to 8** |
| | ☐ **Hardship Documentation (attached)** | ☐ **Section 9** |
| | ☐ **Release of Information Documentation (attached)** | ☐ **Section 10-11** |
| | ☐ **Form 4506T-EZ (attached)** | ☐ **Section 12** |
| | ☐ **Borrower's Acknowledgement and Agreement (attached)** | ☐ **Section 14** |

**IMPORTANT REMINDERS:**

If you cannot provide the documentation within the time frame provided, have other types of income not specified in the **Request for Mortgage Assistance(RMA)**, cannot locate some or all of the required documents, OR have any questions, please contact us at (800) 746-2936.

**It is imperative for you to send COMPLETE details of income along with a signed 4506-T or 4506-T-EZ form.**

Loan Number: ██████0364

Making Home Affordable Program
Request For Mortgage Assistance (RMA)

MAKING HOME AFFORDABLE.GOV

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

## HARDSHIP AFFIDAVIT

### SECTION 1: BORROWER INFORMATION

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| **Name** | Latta Tomlinson | | |
| **Social Security Number** | ███3584 | | |
| **Date of Birth** | ████ | | |
| **Home Phone Number with Area Code** | | | |
| **Cell or Work Number with Area Code** | | | |
| **Email ID** | yettatomlinson@yahoo.com | | |

**Property Address:-** 2326 N. Gentry Dr. Wichita KS 67220

Has any borrower filed for bankruptcy? ☐ Yes ☒ No

Filing Date(MM/DD/YYYY): __/__/____ Bankruptcy case number: ________

Has your bankruptcy been discharged? ☐ Yes ☐ No

Is any borrower a service member? ☐ Yes ☒ No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? 1

Have you ever received a HAMP modification on a loan where the property was the primary residence of one of the borrowers? ☒ Yes ☐ No

How many permanent HAMP modifications have any borrowers received on properties that were not their primary residence? 1

Are you or any co-borrower currently in or being considered for a HAMP trial plan on a property other than your principal residence? ☐ Yes ☒ No

### SECTION 2: PROPERTY INFORMATION

**I want to:** ☐ Keep the property ☐ Sell the Property

**Do you have any condominium or homeowners association (HOA) fees?** ☐ Yes ☒ No

**Total Monthly Amount of HOA fees:** $________.____

**Who are fees paid to? (Name & Address):** ________

**Are there other mortgage(s) or liens on the property?** ☒ Yes ☐ No

If "Yes", Servicer Name : Mechanical Liens Loan ID number: ________

**I consider the property my principal residence** ☒ Yes (Provide a recent utility bill) ☐ No (Must also complete Section 3)

**Do you currently occupy the property?** ☒ Yes (Skip the remaining questions) ☐ No (Answer the remaining questions)

**If you do not live in the home currently:**

1. What is the total monthly rent or mortgage payment on your current residence? $________.____
2. Have you been temporarily displaced (military, job transfer, etc) ☐ Yes ☐ No
   If Yes, describe: ________
3. Do you intend to occupy this residence your primary home after your displacement ends? ☐ Yes ☐ No
4. Is the property being rented by someone? ☐ Yes ☐ No
   If yes: Lease start date (MM/YY) ____/____ Monthly Rent: $________.00 (Provide a copy of the lease)

Loan Number: ████0364

## SECTION 3: OCCUPANCY AND RENTAL INFORMATION

Complete this section **ONLY** if you are requesting mortgage assistance with a property that is not your principal residence.

**Is this property used as a second home or seasonal home?** ☐ Yes ☒ No

**If yes, skip the rest of section 3**

**Is the property occupied?**

If **Yes**, describe the occupant:

☐ Rent-Paying tenant**. Lease start date ______ / ______ (MM / YYYY) Monthly Rent: $____________.00 (Provide a copy of the lease)

☐ Occupied rent-free by a family member, parent, or guardian

☐ Occupied rent-free by someone else

If **No**, what is the property status?

☐ Vacant but available for rent**. (Describe efforts to rent property): ______________________________

☐ No Intent to rent

☐ Condemned

☐ Other (Describe): ______________________________

****IF PROPERTY IS RENTED OR AVAILABLE FOR RENT, PLEASE COMPLETE THE CERTIFICATION BELOW**

## RENTAL PROPERTY CERTIFICATION

☐ **By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 3 and I hereby certify under penalty of perjury that each of the following statement is true and correct with respect to that property.**

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

   *Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.*

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

   *Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.*

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

   **Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

   This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

**Initials:**

| ______________ | ______________ | ______________ | ____/____/______ |
|---|---|---|---|
| **Borrower** | **Co-Borrower 1** | **Co-Borrower 2** | Date (MM/DD/YYYY) |

Loan Number: [redacted]0364

# FINANCIAL INFORMATION FORM

## SECTION 4: CURRENT EMPLOYMENT INFORMATION

- You should only complete requested employer information if you are currently working for employer.
- If you are not currently employed, indicate that you are currently "Unemployed" in the box provided.

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| Status of Employment | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed |
| If unemployed, are you currently receiving unemployment benefits or received the benefits in the last 6 months? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Hire Date | ___/___/____<br>MM / DD / YYYY | ___/___/____<br>MM / DD / YYYY | ___/___/____<br>MM / DD / YYYY |
| How often are you paid? | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month |

## SECTION 5: INCOME INFORMATION - RECEIVED PER MONTH

*All* figures should represent the total amount received in a month for that income category.

*GROSS Pay* – This is the amount of compensation received by an employee each month before any deductions are made for taxes, health benefits, 401k contributions, etc.

*NET Pay* – This is the amount of compensation received by the employee each month after all deductions are made for taxes, health benefits, 401k contributions, etc. This would be the actual dollar amount on the pay check or amount deposited into the employee's bank account, if direct deposit is used.

*Overtime Pay, Commissions and Bonuses* – This should be based on a monthly average since the amount received can vary on a monthly basis. For example, if bonus income of $1,200 is received on an annual basis, the amount entered should be $100 ($1,200 divided by 12 months = $100).

*Self Employed Borrowers* – The total amount of income received per month should be tied back to the Profit and Loss Statement to be provided under the Document Checklist. A Profit and Loss Statement is a financial statement that summarizes the revenues, costs and expenses incurred during a specific period of time – usually a fiscal quarter or year.

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| GROSS Pay (Before all tax/ payroll deductions) | $ | $ | $ |
| NET Pay (Take home pay) | $ | $ | $ |
| Overtime Pay (Average per month and not included in above) | $ | $ | $ |
| Commissions (Average per month and not included in above) | $ | $ | $ |
| Bonus (Average per month and not included in above) | $ | $ | $ |
| Tips (Average per month and not included in above) | $ | $ | $ |
| Social Security | $ | $ | $ |
| Disability / Death Benefits | $ | $ | $ |
| Retirement/ Pension | $ | $ | $ |
| Alimony/ Child Support* | $ | $ | $ |
| Public Assistance / Workers' Compensation | $ | $ | $ |
| Food Stamps/Welfare | $ | $ | $ |
| Unemployment Benefits | $ | $ | $ |
| Monthly GROSS Rental Income from All Properties** | $ | $ | $ |
| Other Income | $ | $ | $ |
| **Total (Gross Income)** | $ | $ | $ |

*Alimony, Child Support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.

****Include Rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance.**

Loan Number: [redacted]0364

| SECTION 6: REQUIRED INCOME DOCUMENTATION | |
|---|---|
| **Income Sources for ANY Borrower(s)** | **Documents required** |
| Salary/Hourly wages income | For Each Borrower who is salaried or hourly wage income, provide 2 most recent paystubs that reflects at least 30 days of year- to-date income. |
| Self Employment income | Provide your most recent signed and dated quarterly or year-to date profit and loss statement. |
| Unemployment income | Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits or benefits statement from the provider |
| Tips, commission, bonus, housing allowance or overtime. | Describe the type of income, how frequently you receive the income and third party documentation describing the Income (e.g., employment contracts or printouts documenting tip income). |
| Food Stamps, social security, disability, death benefits, pension, public assistance, adoption assistance. | Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| Income from rental properties that are not your principal residence. | If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. Provide your most recent Federal Tax return with all schedules, including Schedule E. |
| Alimony, child support, or separation maintenance payments. | • Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that' states the amount of the payments and the period of time that you are entitled to receive them. AND<br>• Copies of your two most recent bank statements or deposit advices showing you have received payment.<br>**Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.** |

**All borrowers must include a signed IRS Form 4506-T or 4506T-EZ regardless of income source(s).**

| SECTION 7(a): COMBINED ASSETS | | SECTION 7(b): MONTHLY HOUSING EXPENSES | | SECTION 7(c): MONTHLY MISCELLANEOUS EXPENSES | |
|---|---|---|---|---|---|
| Total Checking Account(s) | $ Ø | Credit Cards/Installment Debt (Total Min. Payment) | $ 350.00 | Health Insurance | $ 75.54 |
| Total Savings Account(s) / Money Market | $ Ø | Child support/ Alimony | $ Ø | Medical Bills | $ |
| Stocks / Bonds / CD's | $ Ø | Car Payments | $ 250.00 | Student Loan Payments | $ 976.00 |
| 401k / Employee Stock Ownership Plan | $ Ø | Mortgage payments on other Properties | $ Ø | Religious / Charitable Contributions | $ |
| Car(s) (Estimated value less any loans outstanding) | $ Ø | Gas | $ 400.00 | Personal / Life Insurance | $ 230.00 |
| Life Insurance (Whole Life / Term) | $ 150,000 | Food | $ 1,200 | Club / Union Dues | $ |
| IRA / Keogh Accounts | $ | Auto Insurance | $ 75.00 | Cable TV / Entertainment | $ 150.00 |
| Other Assets | $ | Auto Maintenance | $ 120.00 | Dry Cleaning / Clothing | $ 150.00 |
| | | Bank / Finance Loan Payments | $ 119.94 | School Tuition | $ |
| | | Other Expenses | $ 670.00 | Other Expenses | $ 400.00 |
| Description of Other Assets: | | Description of Other Expenses: Utilities | | Description of Other Expenses: Car / Expenses for my 4 children | |
| **Total Assets** | $ 150,000 | **Total Housing Expenses** | $ 3184.94 | **Total Misc. Expenses** | $ 1981.54 |

Currently unemployed. Pregnant with twins and it is an high Risk pregnancy. On BED Rest Due 2-10-13

Loan Number: ██████0364

**SECTION 8: PROFIT AND LOSS STATEMENT**
***Required ONLY for SELF-EMPLOYED BORROWERS***
Submit the last three month's statements, if you file this monthly OR one for last quarter.

This form is only necessary for individuals who are self-employed and need to report income from a privately owned business. This is not a substitute for providing federal tax returns documenting income, but should be provided in addition to the required tax forms and schedules.

Statement Year : ______________ Start date (MM/YYYY): ______/______ End Date(MM/YYYY) : ______/______

Business Name : ________________________________

Business Address : ________________________________

Business Owner(s) Other than the Borrower: ____________________ Partnership Share (%): __________

| Gross receipts / Income | | |
|---|---|---|
| **Items** | **Description (optional)** | **Amount** |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Income :** | $ |

| Expenses* | | |
|---|---|---|
| **Items** | **Description (optional)** | **Amount** |
| Advertising | | $ |
| Car and truck expenses | | $ |
| Commissions and fees | | $ |
| Contract labor | | $ |
| Employee benefit programs | | $ |
| Insurance (other than health) | | $ |
| Interest paid (Mortgage or other) | | $ |
| Legal and professional services | | $ |
| Office expense | | $ |
| Pension and profit-sharing plans. | | $ |
| Rent or lease | | $ |
| Vehicles, machinery, and equipment | | $ |
| Repairs and maintenance | | $ |
| Supplies | | $ |
| Taxes and licenses | | $ |
| Travel, meals, and entertainment | | $ |
| Wages (less employment credits) | | $ |
| Utilities | | $ |
| Other expenses | | $ |
| | **Total Expenses :** | $ |

*Do not include any depreciation as an expense.

**NET PROFIT** (Total Income minus Total Expenses) : $______________.____

*I acknowledge that the information provided on this document is complete and accurate as of the date below.*

**Signature :** ______________________ **Date (MM/DD/YYYY)** _____/_____/______

**Print Name :** ______________________

Loan Number: ████0364

## SECTION 9: HARDSHIP DETAILS

I am (We are) requesting review for mortgage assistance.

I am (We are) having difficulty in making my monthly payments because of financial difficulties created by (check all that apply) :

Date Hardship(s) began is 04 / 2010 (MM/YY)

| | |
|---|---|
| ☒ My household income has declined. | ☒ My monthly debt payments are excessive. |
| ☐ My expenses have increased. | ☐ My cash reserves are insufficient to maintain my current mortgage |
| ☐ Death of primary or secondary wage earner | ☐ Divorce/separation |
| ☐ Disability or serious injury of a borrower or family member | ☒ Medical expenses, surgeries, extended illness or disease |
| ☒ I am unemployed (if yes, please attach award letter/ bank statement)<br>When did (will) your unemployment benefits start? __/__/____ (MM/DD/YYYY)<br>When did (will) your unemployment benefits end? __/__/____ (MM/DD/YYYY) | Others: |

Explanation (continue on a separate sheet of paper if necessary):

No Award letter because unemployment is not paid to previous self employed individuals.

## SECTION 10: NON BORROWER CONSENT FORM

If you wish for income from individuals not listed on the mortgage to be considered in qualifying for a modification, Ocwen is required to review all non-borrower credit reports.

A **non-borrower** is defined as someone who lives at the property but is not on the original mortgage note (and may or may not be on the original security instrument), but whose income will be used to support the modified mortgage payment.

This form will authorize Ocwen to pull a credit report for occupancy verification as well as to support that this non-borrower income has not been utilized in a prior modification.

**WITHOUT THIS AUTHORIZATION, NON-BORROWER INCOME CANNOT BE CONSIDERED AND MAY RESULT IN A DELAY IN PROCESSING YOUR APPLICATION.**

| **Non-Borrower 1** | | **Non-Borrower 2** | |
|---|---|---|---|
| Print Name | | Print Name | |
| ___-__-____ Social Security Number | __/__/____ Date of Birth (MM/DD/YYYY) | ___-__-____ Social Security Number | __/__/____ Date of Birth (MM/DD/YYYY) |

**Acknowledgements (This must be completed but will only be used if being evaluated for the Government's Making Home Affordable Program)**

1. I understand that Ocwen will pull a current credit report on all non-borrowers whose income is submitted as part of the evaluation and relied upon to support the modified mortgage payment.
2. I confirm that my income was not utilized in a prior modification.

| ________ | __/__/____ | ________ | __/__/____ |
|---|---|---|---|
| Non-Borrower 1 Signature | Date(MM/DD/YYYY) | Non-Borrower 2 Signature | Date(MM/DD/YYYY) |

Loan Number: ■■■■0364

## SECTION 11: CONSENT FOR RELEASE OF INFORMATION

**Third-Party Authorization Form**

Ocwen Loan Servicing, LLC
**Mortgage Lender/Servicer Name ("Servicer")**

■■■■0364
***[Account][Loan]* Number**

The undersigned Borrower and Co-Borrower (if any) (individually and collectively, "Borrower" or "I"), authorize the above Servicer and the following third parties

______________________
**[Counseling Agency]**

______________________
**[Agency Contact Name and Phone Number]**

______________________
**[State HFA Entity]**

______________________
***[State HFA Contact Name and Phone Number]***

______________________
**[Other Third Party]**

______________________
**[Third Party *Contact Name and Phone Number*]**

______________________
**[Relationship of Other Third Party to Borrower and Co-Borrower]**

(individually and collectively, "Third Party") to obtain, share, release, discuss, and otherwise provide to and with each other public and non-public personal information contained in or related to the mortgage loan of the Borrower. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, government monitoring information, loss mitigation application status, account balances, program eligibility, and payment activity of the Borrower. I also understand and consent to the disclosure of my personal information and the terms of any agreements under the Making Home Affordable or Hardest Hit Fund Programs by Servicer or State HFA to the U.S. Department of the Treasury or their agents in connection with their responsibilities under the Emergency Economic Stabilization Act.

The Servicer will take reasonable steps to verify the identity of a Third Party, but has no responsibility or liability to verify the identity of such Third Party. The Servicer also has no responsibility or liability for what a Third Party does with such information.

This Third-Party Authorization is valid when signed by all borrowers and co-borrowers named on the mortgage and until the Servicer receives a written revocation signed by any borrower or co-borrower.

**I UNDERSTAND AND AGREE WITH THE TERMS OF THIS THIRD-PARTY AUTHORIZATION:**

Lata Tomlinson [signature]
Borrower Name Signature

______________________ ______________________
Co-Borrower 1 Name Signature

______________________ ______________________
Co-Borrower 2 Name Signature

07/15/2012
Date(MM/DD/YYYY)

## SECTION 12: INSTRUCTION FOR IRS FORM 4506T-EZ (Next page)
SEND ONE COPY OF THE 4506T/4506T-EZ FORM TO THE IRS. SEND ANOTHER COPY OF THE 4506T/4506T-EZ WITH ALL OTHER REQUIRED DOCUMENTS

| | |
|---|---|
| **STEP 1** | **All borrowers must SIGN and DATE the form**. (Signatures should be exactly in the same name as provided in your original return.) |
| **STEP 2** | *Fax the signed form to Ocwen at 1(407) 737-6174* ***OR*** *Scan and email the signed form to Ocwen at mod@ocwen.com* |
| **STEP 3** | *Fax the signed form to the IRS at number below.*<br>*(Based on your state of residence, use the table below to determine the correct fax number.)* |

| State | Fax Number |
|---|---|
| Florida, Georgia, North Carolina, South Carolina | 1(770) 455-2335 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | 1(512) 460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | 1(559) 456-5876 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | 1(816) 292-6102 |

Loan Number: [redacted]0364

Form **4506T-EZ** (Rev. January 2012) Department of the Treasury Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ **Request may not be processed if the form is incomplete or illegible.**

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.
LATA L Tomlinson

**1b First social security number or individual taxpayer identification number on tax return**
[redacted]3584

**2a** If a joint return, enter spouse's name shown on tax return.

**2b Second social security number or individual taxpayer identification number if joint tax return**

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)
2326 N. Gentry Dr. Wichita KS 67220

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name
Ocwen Loan Servicing, LLC Attn: Home Retention Department

Telephone number
(800) 746-2936

Address (including apt., room, or suite no.), city, state, and ZIP code
1661 Worthington Road, Suite 100 West Palm Beach, FL 33409

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2009 2010 2011

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved **identity theft** on your federal tax return.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

**Sign Here**

▶ [signature] **Signature** (see instructions) — Date 7/15/12 — Phone number of taxpayer on line 1a or 2a

▶ **Spouse's signature** — Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.** Cat. No. 54185S Form **4506T-EZ** (Rev. 1-2012)

Loan Number: ██████0364

## SECTION 13: DODD FRANK CERTIFICATE

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L.111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law. This certification is effective on the earlier of the date listed below or the date this RMA is received by your servicer.

## SECTION 14: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT

1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.
2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.
3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.
5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.
6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.
7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.
10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.
11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| Lata Tomlinson | [signature] | | |
|---|---|---|---|
| Borrower Name | Signature | Co-Borrower 1 Name | Signature |
| | | 07/15/2013 | |
| Co-Borrower 2 Name | Signature | Date(MM/DD/YYYY) | |

Loan Number: ■■■■0364

## SECTION 15: BEWARE OF FORECLOSURE RESCUE SCAMS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

<u>Beware of Foreclosure Rescue Scams. Help is FREE!</u>

- **There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.**
- **Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.**
- **Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.**
- **Never make your mortgage payments to anyone other than your mortgage company without their approval.**

## SECTION 16: HOMEOWNER'S HOTLINE

If you have questions about this document or the Making Home Affordable Program, please call your servicer.

If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).

The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

## SECTION 17: INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

**BORROWER** ☐ I do not wish to furnish this information

Ethnicity
- ☐ Hispanic or Latino
- ☒ Not Hispanic or Latino

Race
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☒ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White

Sex
- ☒ Female
- ☐ Male

**CO-BORROWER** ☐ I do not wish to furnish this information

Ethnicity
- ☐ Hispanic or Latino
- ☐ Not Hispanic or Latino

Race
- ☐ American Indian or Alaska Native
- ☐ Asian
- ☐ Black or African American
- ☐ Native Hawaiian or Other Pacific Islander
- ☐ White

Sex
- ☐ Female
- ☐ Male

**To be completed by interviewer**

| This request was taken by | *Interviewer's Name (print or type) & ID Number* | Name/Address of Interviewer's Employer |
|---|---|---|
| ☐ Telephone<br>☒ Mail<br>☐ Face-to-face Interview<br>☐ Internet | *Interviewer's Signature* *Date* | |
| | *Interviewer's Phone Number (include area code)* | |

Loan Number: [redacted]0364

## SECTION 18: FREQUENTLY ASKED QUESTIONS

1 **Why Did I Receive This Package?**
You received this package because we have not received one or more of your monthly mortgage payments and want to help you keep your home if at all possible. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face to making all of your late mortgage payments.

2 **Where Can I Find More Information on Foreclosure Prevention?**
Please see the Avoiding Foreclosure attachment in this package for more information, or you can contact Ocwen.com.

3 **Will I Be Evaluated for the Federal Home Affordable Modification Program (HAMP) When I Submit My Borrower Response Package?**
If you are not eligible for a refinance, reinstatement, repayment, or forbearance plan based on the information you provide, we will evaluate you for participation in the Home Affordable Modification Program (HAMP). If you are not eligible for HAMP, we will evaluate you for a non-HAMP loan modification.

4 **Will It Cost Money to Get Help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

5 **What Happens Once I Have Sent the Borrower Response Package to You?**
We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package less than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. Please submit your Request for Mortgage Assistance Package as soon as possible.

6 **What Happens to My Mortgage While You Are Evaluating My Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

7 **Will the Foreclosure Process Begin If I Do Not Respond to this Letter?**
If you have missed four monthly payments or there is reason to believe the property is vacant or abandoned, we may refer your mortgage to foreclosure regardless of whether you are being considered for a modification or other types of foreclosure alternatives.

8 **What Happens if I Have Waited Too Long and My Property Has Been Referred to an Attorney for Foreclosure? Should I Still Contact You?**
Yes, the sooner the better!

9 **What if My Property is scheduled for a Foreclosure Sale in the Future?**
If you submit a complete Borrower Response Package less than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

10 **Will My Property be sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, such as a forbearance or repayment plan, and comply with all requirements.

11 **Will My Credit Score Be Affected by My Late Payments or Being in Default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment Plan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

12 **Will My Credit Score Be Affected if I Accept a Foreclosure Prevention Option?**
While the affect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

13 **Is Foreclosure Prevention Counseling Available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

14 **I Have Seen Ads and Flyers From Companies Offering to Help Me Avoid Foreclosure for a Fee. Are These Companies on the Level?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD Web site referenced in question 13 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.



*Ocwen Loan Servicing, LLC*
*P.O. Box 24737*
*West Palm Beach, Florida 33416-4737*
*(Do not send correspondence or payments to the above address.)*
WWW.OCWEN.COM

lata tomlinson
2326
Gentry
Wichita KS 67220

Loan Number: [redacted]0364

Dear lata tomlinson:

Our company has recently received a request for information on the above referenced loan. The information is enclosed for your review.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

July 06, 2012

Lata Tomlinson

(316) 264-8258

Loan Number: ████0364

Dear Customer,

Ocwen is committed to helping our customers facing financial difficulties. Since 2010, we have successfully helped over 100,000 people resolve their mortgage delinquency and avoid foreclosure.

And, as your loan servicer, we are committed to helping YOU. We offer a full range of mortgage assistance programs, and actively participate in the Obama Administration's Home Affordable Mortgage Program (HAMP).

You may be able to **lower your monthly payments** – **APPLY NOW** to find out what options are available to you!

**HOW TO APPLY**

Find out what assistance you qualify for - simply complete the enclosed application material, and provide us with ALL requested financial documents.

**The Basics** – We need detail about your Financial Hardship, Income, Financial Assets, and Expenses.

Don't worry, a **Detailed Checklist and Instructions are provided on Page 3** – we want to make this as easy for you as possible.

**How to Speed-Up the Process**

- Send All Forms & Documents within 15 days of the date of this letter at ONE time and send All Pages of requested documents.
- **The faster you apply, the faster we reply.**
- Don't send originals! This way you have copies for your OWN records.
- Be sure to SIGN and DATE Forms!

**For Fastest Processing** – Please fax COMPLETE set of forms & documents to **1-407-737-6174**, or EMAIL us at **mod@ocwen.com**

**For Regular Processing** - Mail COMPLETE set of forms & documents & material to

**Ocwen Loan Servicing, LLC**
**Attn: Home Retention Department**
**1661 Worthington Road, Suite 100**
**West Palm Beach, Florida 33409**

**AFTER YOU APPLY**

We will conduct a thorough review of your financial situation, and first verify for your eligibility for the HAMP program. If HAMP doesn't apply to your loan, we will work to match your situation to our own mortgage modification and assistance programs. While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements. In the event that a foreclosure sale has been set and is within 30 days from this request for a HAMP application, the foreclosure sale will not be stopped and the sale will take place on the scheduled date unless a complete HAMP application with all required attachments and signatures is delivered to Ocwen no later than 7 business days prior to the scheduled foreclosure sale date. Requesting of a HAMP application via phone or via Ocwen's website will not stop a scheduled foreclosure sale that is within 30 days of the application request.

Your application review takes 30 days on average – **we will be sure to let you know** when our review is complete.

Keep in mind that "no news is good news" in the 30 days after you apply. But, if we need any information or clarification, we will be sure to let you know right away. There is no need to call, unless you have specific questions or concerns. If you do have questions, call us toll-free, at (800) 746-2936. We are available Monday through Friday 08:00 am ET to 09:00 pm ET, Saturday 08:00 am ET to 05:00 pm ET and Sunday 12:00 pm ET to 09:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

*HMPR Ver12/02*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #1852* Page 1 of 14

Loan Number: [redacted]0364

## AVOIDING FORECLOSURE - Mortgage Programs Are Available to Help

There are a variety of programs available to help you resolve your delinquency and keep your home. You may be eligible to refinance or modify your mortgage to make your payments and terms more manageable, for instance, lowering your monthly payment to make it more affordable. Or, if you have missed a few payments, you may qualify for a temporary (or permanent) solution to help you get your finances back on track. Depending on your circumstances, staying in your home may not be possible. However, a short sale or deed-in-lieu of foreclosure may be a better choice than foreclosure – see the table below for more information.

| OPTION | OVERVIEW | BENEFIT |
|---|---|---|
| **Reinstatement** | Pay the total amount you owe, in a lump sum payment and by a specific date. This may follow a forbearance plan as described below | Allows you to avoid foreclosure by bringing your mortgage current if you can show you have funds that will become available at a specific date in the future |
| **Repayment Plan** | Pay back your past-due payments together with your regular payments over an extended period of time | Allows you time to catch up on late payments without having to come up with a lump sum |
| **Forbearance Plan** | Make reduced mortgage payments or no mortgage payments for a specific period of time | Have time to improve your financial situation and get back on your feet |
| **Modification** | Receive modified terms of your mortgage to make it more affordable or manageable after successfully making the reduced payment during a "trial period" (i.e., completing a three month trial period plan) | Permanently modifies your mortgage so that your payments or terms are more manageable as a permanent solution to a long-term or permanent hardship |
| **Deed-in-Lieu of Foreclosure** | Transfer the ownership of your property to us | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. This is useful when there are no other liens on your property. |
| **Short Sale** | Sell your home and pay off a portion of your mortgage balance when you owe more on the home than it is worth | Allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available. |
| **Refinance** | Receive a new loan with lower interest rate or other favorable terms | Makes your payment or terms more affordable |

**We Want to Help**

Take action and gain peace of mind and control of your situation. Complete and return this package to start the process of getting the help you need now.

**Learn More**

For more information, please see the Frequently Asked Questions (refer to Section 18) and other information provided with this letter. If you need assistance, contact our customer support team at (800) 746-2936.

**Act Now**

Please fax COMPLETE set of forms & documents to **1-407-737-6174**, or EMAIL us at **mod@ocwen.com**

Loan Number: ████364

## Detailed Checklist and Instructions

| Step | Instructions | |
|---|---|---|
| **Step 1** | ☐ **Complete and sign the enclosed Request for Mortgage Assistance (RMA). Must be signed by all borrowers who are on the mortgage (notarization is not required). Section 3 may not apply to everyone.** | |
| | ☐ Borrower(s) information (Section 1)<br>☐ Property Information (Section 2)<br>☐ Occupancy and Rental Information (Section 3) | |
| **Step 2** | ☐ **Provide required Financial Information and Documentation** | **(Section 4-8)** |
| | ☐ Provide the required income documentation as per the RMA form<br>☐ You may also disclose any income from a household member who is not on the promissory note (non-borrower), such as a relative, spouse, domestic partner, or fiancé who occupies the property as a primary residence.<br><br>☐ Current Employment Information (Section 4)<br>☐ Income Information (Section 5)<br>☐ Required income documentation (Section 6)<br>☐ Combined Housing Assets (Section 7a)<br>☐ Housing Expenses (Section 7b)<br>☐ Misc. Expenses (Section 7c)<br>☐ Profit and Loss Statement (Section 8) | |
| **Step 3** | ☐ **Provide required Hardship Documentation. This will be used to verify your hardship.** | **(Section 9)** |
| | ☐ Explain the reason for the Hardship<br>☐ Provide the required income documentation as per the RMA form | |
| **Step 4** | ☐ **Provide authorization for Release of Information.** | **(Section 10 and 11)** |
| | ☐ Provide Consent of Release of Information (For Co-Borrower's only)<br>☐ Provide Consent of Release of Information | |
| **Step 5** | ☐ **Complete and sign a dated copy of the enclosed IRS Form 4506T or 4506T-EZ** | **(Section 12)** |
| | ☐ For each borrower, please submit a signed, dated copy of IRS Form 4506T or 4506T-EZ (Short Form Request for Individual Tax Return Transcript)<br>☐ Borrowers who filed their tax returns jointly may send in one IRS Form 4506T or 4506T-EZ signed and dated by both joint filers | |
| **Step 6** | ☐ **Review the information provided to help you understand your options, responsibilities, and next steps:** | |
| | ☐ Dodd Frank Certificate (Section 13)<br>☐ Acknowledgement and Agreement (Section 14)<br>☐ Beware of Foreclosure Rescue Scams (Section 15)<br>☐ Homeowner's Hotline (Section 16)<br>☐ Government monitoring Information (Section 17)<br>☐ Frequent Asked Questions (Section 18) | |
| **Step 7** | ☐ **Gather and send completed documents—your Request for Mortgage Assistance (RMA) Form no later than 15 days from the date of this letter. You must send in all required documentation listed in steps 1-6 above, and summarized below:** | |
| | ☐ **Borrower and Rental Information (attached)** | ☐ **Section 1 to 3** |
| | ☐ **Financial Information (attached)** | ☐ **Section 4 to 8** |
| | ☐ **Hardship Documentation (attached)** | ☐ **Section 9** |
| | ☐ **Release of Information Documentation (attached)** | ☐ **Section 10-11** |
| | ☐ **Form 4506T-EZ (attached)** | ☐ **Section 12** |
| | ☐ **Borrower's Acknowledgement and Agreement (attached)** | ☐ **Section 14** |

**IMPORTANT REMINDERS:**

If you cannot provide the documentation within the time frame provided, have other types of income not specified in the **Request for Mortgage Assistance(RMA)**, cannot locate some or all of the required documents, OR have any questions, please contact us at (800) 746-2936.

**It is imperative for you to send <u>COMPLETE</u> details of income along with a <u>signed</u> 4506-T or 4506-T-EZ form.**

Loan Number: ████0364

Making Home Affordable Program
Request For Mortgage Assistance (RMA)

MAKING HOME AFFORDABLE.GOV

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

## HARDSHIP AFFIDAVIT

### SECTION 1: BORROWER INFORMATION

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| **Name** | | | |
| **Social Security Number** | | | |
| **Date of Birth** | | | |
| **Home Phone Number with Area Code** | | | |
| **Cell or Work Number with Area Code** | | | |
| **Email ID** | | | |

**Property Address:-**

Has any borrower filed for bankruptcy? ☐ Yes ☐ No

Filing Date(MM/DD/YYYY):__/__/____ Bankruptcy case number: ________

Has your bankruptcy been discharged? ☐ Yes ☐ No

Is any borrower a service member? ☐ Yes ☐ No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? ________

Have you ever received a HAMP modification on a loan where the property was the primary residence of one of the borrowers? ☐ Yes ☐ No

How many permanent HAMP modifications have any borrowers received on properties that were not their primary residence? ________

Are you or any co-borrower currently in or being considered for a HAMP trial plan on a property other than your principal residence? ☐ Yes ☐ No

### SECTION 2: PROPERTY INFORMATION

This section is required

**I want to:** ☐ Keep the property ☐ Sell the Property

**Do you have any condominium or homeowners association (HOA) fees?** ☐ Yes ☐ No

**Total Monthly Amount of HOA fees:** $________.____

**Who are fees paid to? (Name & Address):** ________________

**Are there other mortgage(s) or liens on the property?** ☐ Yes ☐ No

If "Yes", Servicer Name : ________________ Loan ID number: ________

**I consider the property my principal residence** ☐ Yes (Provide a recent utility bill) ☐ No (Must also complete Section 3)

**Do you currently occupy the property?** ☐ Yes (Skip the remaining questions) ☐ No (Answer the remaining questions)

**If you do not live in the home currently:**

1. What is the total monthly rent or mortgage payment on your current residence? $________.____
2. Have you been temporarily displaced (military, job transfer, etc) ☐ Yes ☐ No
   If Yes, describe: ________________
3. Do you intend to occupy this residence your primary home after your displacement ends? ☐ Yes ☐ No
4. Is the property being rented by someone? ☐ Yes ☐ No
   If yes: Lease start date (MM/YY) ____/____ Monthly Rent: $________.00 (Provide a copy of the lease)

Loan Number: ████0364

**SECTION 3: OCCUPANCY AND RENTAL INFORMATION**

Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.

**Is this property used as a second home or seasonal home?** ☐ Yes ☐ No

**If yes, skip the rest of section 3**

**Is the property occupied?**

If **Yes**, describe the occupant:

☐ Rent-Paying tenant**. Lease start date _____ / _____ (MM / YYYY) Monthly Rent: $__________.00 (Provide a copy of the lease)

☐ Occupied rent-free by a family member, parent, or guardian

☐ Occupied rent-free by someone else

If **No**, what is the property status?

☐ Vacant but available for rent**. (Describe efforts to rent property): ____________________

☐ No Intent to rent

☐ Condemned

☐ Other (Describe): ____________________

****IF PROPERTY IS RENTED OR AVAILABLE FOR RENT, PLEASE COMPLETE THE CERTIFICATION BELOW**

**RENTAL PROPERTY CERTIFICATION**

☐ **By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 3 and I hereby certify under penalty of perjury that each of the following statement is true and correct with respect to that property.**

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

   *Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.*

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

   *Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.*

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

**Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

**Initials:**

| **Borrower** | **Co-Borrower 1** | **Co-Borrower 2** | Date (MM/DD/YYYY) |
|---|---|---|---|
| ________ | ________ | ________ | ___/___/______ |

Loan Number: ███0364

# FINANCIAL INFORMATION FORM

## SECTION 4: CURRENT EMPLOYMENT INFORMATION

- You should only complete requested employer information if you are currently working for employer.
- If you are not currently employed, indicate that you are currently "Unemployed" in the box provided.

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| Status of Employment | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed | ☐ Employed<br>☐ Self Employed<br>☐ Unemployed |
| If unemployed, are you currently receiving unemployment benefits or received the benefits in the last 6 months? | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No |
| Hire Date | ___/___/_____<br>MM / DD / YYYY | ___/___/_____<br>MM / DD / YYYY | ___/___/_____<br>MM / DD / YYYY |
| How often are you paid? | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month | ☐ Weekly<br>☐ Every other week<br>☐ Monthly<br>☐ Twice a month |

## SECTION 5: INCOME INFORMATION – RECEIVED PER MONTH

- *All* figures should represent the total amount received in a month for that income category.
- *GROSS Pay* – This is the amount of compensation received by an employee each month before any deductions are made for taxes, health benefits, 401K contributions, etc.
- *NET Pay* – This is the amount of compensation received by the employee each month after all deductions are made for taxes, health benefits, 401K contributions, etc. This would be the actual dollar amount on the pay check or amount deposited into the employee's bank account, if direct deposit is used.
- *Overtime Pay, Commissions and Bonuses* – This should be based on a monthly average since the amount received can vary on a monthly basis. For example, if bonus income of $1200 is received on an annual basis, the amount entered should be $100 ($1200 divided by 12 months = $100).
- *Self Employed Borrowers* – The total amount of income received per month should be tied back to the Profit and Loss Statement to be provided under the Document Checklist. A Profit and Loss Statement is a financial statement that summarizes the revenues, costs and expenses incurred during a specific period of time, usually a fiscal quarter or year.

| | Borrower | Co-Borrower 1 | Co-Borrower 2 |
|---|---|---|---|
| GROSS Pay (Before all tax/ payroll deductions) | $ | $ | $ |
| NET Pay (Take home pay) | $ | $ | $ |
| Overtime Pay (Average per month and not included in above) | $ | $ | $ |
| Commissions (Average per month and not included in above) | $ | $ | $ |
| Bonus (Average per month and not included in above) | $ | $ | $ |
| Tips (Average per month and not included in above) | $ | $ | $ |
| Social Security | $ | $ | $ |
| Disability / Death Benefits | $ | $ | $ |
| Retirement/ Pension | $ | $ | $ |
| Alimony/ Child Support* | $ | $ | $ |
| Public Assistance / Workers' Compensation | $ | $ | $ |
| Food Stamps/Welfare | $ | $ | $ |
| Unemployment Benefits | $ | $ | $ |
| Monthly GROSS Rental Income from All Properties** | $ | $ | $ |
| Other Income | $ | $ | $ |
| **Total (Gross Income)** | **$** | **$** | **$** |

*Alimony, Child Support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.

****Include Rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance.**

Loan Number: [redacted]0364

## SECTION 6: REQUIRED INCOME DOCUMENTATION

| Income Sources for ANY Borrower(s) | Documents required |
|---|---|
| Salary/Hourly wages income | For Each Borrower who is salaried or hourly wage income, provide 2 most recent paystubs that reflects at least 30 days of year- to-date income. |
| Self Employment income | Provide your most recent signed and dated quarterly or year-to date profit and loss statement. |
| Unemployment income | Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits or benefits statement from the provider |
| Tips, commission, bonus, housing allowance or overtime. | Describe the type of income, how frequently you receive the income and third party documentation describing the Income (e.g., employment contracts or printouts documenting tip income). |
| Food Stamps, social security, disability, death benefits, pension, public assistance, adoption assistance. | Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| Income from rental properties that are not your principal residence. | If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. Provide your most recent Federal Tax return with all schedules, including Schedule E. |
| Alimony, child support, or separation maintenance payments. | • Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that states the amount of the payments and the period of time that you are entitled to receive them. AND<br>• Copies of your two most recent bank statements or deposit advices showing you have received payment.<br>**Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.** |

**All borrowers must include a signed IRS Form 4506-T or 4506T-EZ regardless of income source(s).**

| SECTION 7(a): COMBINED ASSETS | | SECTION 7(b): MONTHLY HOUSING EXPENSES | | SECTION 7(c): MONTHLY MISCELLANEOUS EXPENSES | |
|---|---|---|---|---|---|
| Total Checking Account(s) | $ | Credit Cards/Installment Debt (Total Min. Payment) | $ | Health Insurance | $ |
| Total Savings Account(s) / Money Market | $ | Child support/ Alimony | $ | Medical Bills | $ |
| Stocks / Bonds / CD's | $ | Car Payments | $ | Student Loan Payments | $ |
| 401k / Employee Stock Ownership Plan | $ | Mortgage payments on other Properties | $ | Religious / Charitable Contributions | $ |
| Car(s) (Estimated value less any loans outstanding) | $ | Gas | $ | Personal / Life Insurance | $ |
| Life Insurance (Whole Life / Term) | $ | Food | $ | Club / Union Dues | $ |
| IRA / Keogh Accounts | $ | Auto Insurance | $ | Cable TV / Entertainment | $ |
| Other Assets | $ | Auto Maintenance | $ | Dry Cleaning / Clothing | $ |
| | | Bank / Finance Loan Payments | $ | School Tuition | $ |
| | | Other Expenses | $ | Other Expenses | $ |
| Description of Other Assets: | | Description of Other Expenses: | | Description of Other Expenses: | |
| **Total Assets** | $ | **Total Housing Expenses** | $ | **Total Misc. Expenses** | $ |

Loan Number: ████0364

**SECTION 8: PROFIT AND LOSS STATEMENT**

***Required ONLY for SELF-EMPLOYED BORROWERS***

Submit the last three month's statements, if you file this monthly OR one for last quarter.

This form is only necessary for individuals who are self-employed and need to report income from a privately owned business. This is not a substitute for providing federal tax returns documenting income, but should be provided in addition to the required tax forms and schedules.

Statement Year : ______________ Start date (MM/YYYY): _____/_____ End Date(MM/YYYY) : _____/_____

Business Name : ________________________________________

Business Address : ________________________________________

Business Owner(s) Other than the Borrower: ______________________ Partnership Share (%): __________

| Gross receipts / Income | | |
|---|---|---|
| **Items** | **Description (optional)** | **Amount** |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | **Total Income :** | $ |

| Expenses* | | |
|---|---|---|
| **Items** | **Description (optional)** | **Amount** |
| Advertising | | $ |
| Car and truck expenses | | $ |
| Commissions and fees | | $ |
| Contract labor | | $ |
| Employee benefit programs | | $ |
| Insurance (other than health) | | $ |
| Interest paid (Mortgage or other) | | $ |
| Legal and professional services | | $ |
| Office expense | | $ |
| Pension and profit-sharing plans. | | $ |
| Rent or lease | | $ |
| Vehicles, machinery, and equipment | | $ |
| Repairs and maintenance | | $ |
| Supplies | | $ |
| Taxes and licenses | | $ |
| Travel, meals, and entertainment | | $ |
| Wages (less employment credits) | | $ |
| Utilities | | $ |
| Other expenses | | $ |
| | **Total Expenses :** | $ |

*Do not include any depreciation as an expense.

**NET PROFIT** (Total Income minus Total Expenses) : $______________.____

*I acknowledge that the information provided on this document is complete and accurate as of the date below.*

**Signature :** ______________________ **Date (MM/DD/YYYY)** _____/____/______

**Print Name :** ______________________

Loan Number: ■■■■0364

## SECTION 9: HARDSHIP DETAILS

I am (We are) requesting review for mortgage assistance.

I am (We are) having difficulty in making my monthly payments because of financial difficulties created by (check all that apply) :

Date Hardship(s) began is _____/_____ (MM/YY)

| | |
|---|---|
| ☐ My household income has declined. | ☐ My monthly debt payments are excessive. |
| ☐ My expenses have increased. | ☐ My cash reserves are insufficient to maintain my current mortgage |
| ☐ Death of primary or secondary wage earner | ☐ Divorce/separation |
| ☐ Disability or serious injury of a borrower or family member | ☐ Medical expenses, surgeries, extended illness or disease |
| ☐ I am unemployed (if yes, please attach award letter/ bank statement)<br>When did (will) your unemployment benefits start? ___/___/_____ (MM/DD/YYYY)<br>When did (will) your unemployment benefits end? ___/___/_____ (MM/DD/YYYY) | Others: |

Explanation (continue on a separate sheet of paper if necessary):

## SECTION 10: NON BORROWER CONSENT FORM

If you wish for income from individuals not listed on the mortgage to be considered in qualifying for a modification, Ocwen is required to review all non-borrower credit reports.

A **non-borrower** is defined as someone who lives at the property but is not on the original mortgage note (and may or may not be on the original security instrument), but whose income will be used to support the modified mortgage payment.

This form will authorize Ocwen to pull a credit report for occupancy verification as well as to support that this non-borrower income has not been utilized in a prior modification.

**WITHOUT THIS AUTHORIZATION, NON-BORROWER INCOME CANNOT BE CONSIDERED AND MAY RESULT IN A DELAY IN PROCESSING YOUR APPLICATION.**

| **Non-Borrower 1** | | **Non-Borrower 2** | |
|---|---|---|---|
| ______________________ Print Name | | ______________________ Print Name | |
| ____-____-____ Social Security Number | ____/____/____ Date of Birth (MM/DD/YYYY) | ____-____-____ Social Security Number | ____/____/____ Date of Birth (MM/DD/YYYY) |

**Acknowledgements (This must be completed but will only be used if being evaluated for the Government's Making Home Affordable Program)**

1. I understand that Ocwen will pull a current credit report on all non-borrowers whose income is submitted as part of the evaluation and relied upon to support the modified mortgage payment.
2. I confirm that my income was not utilized in a prior modification.

| ______________________ | ___/___/_____ | ______________________ | ___/___/_____ |
|---|---|---|---|
| Non-Borrower 1 Signature | Date(MM/DD/YYYY) | Non-Borrower 2 Signature | Date(MM/DD/YYYY) |

Loan Number: ████0364

## SECTION 11: CONSENT FOR RELEASE OF INFORMATION

**Third-Party Authorization Form**

Ocwen Loan Servicing, LLC
**Mortgage Lender/Servicer Name ("Servicer")**

████0364
*[Account][Loan]* **Number**

The undersigned Borrower and Co-Borrower (if any) (individually and collectively, "Borrower" or "I"), authorize the above Servicer and the following third parties

______________________________
**[Counseling Agency]**

______________________________
**[Agency Contact Name and Phone Number]**

______________________________
**[State HFA Entity]**

______________________________
***[State HFA Contact Name and Phone Number]***

______________________________
**[Other Third Party]**

______________________________
**[Third Party *Contact Name and Phone Number*]**

______________________________
**[Relationship of Other Third Party to Borrower and Co-Borrower]**

(individually and collectively, "Third Party") to obtain, share, release, discuss, and otherwise provide to and with each other public and non-public personal information contained in or related to the mortgage loan of the Borrower. This information may include (but is not limited to) the name, address, telephone number, social security number, credit score, credit report, income, government monitoring information, loss mitigation application status, account balances, program eligibility, and payment activity of the Borrower. I also understand and consent to the disclosure of my personal information and the terms of any agreements under the Making Home Affordable or Hardest Hit Fund Programs by Servicer or State HFA to the U.S. Department of the Treasury or their agents in connection with their responsibilities under the Emergency Economic Stabilization Act.

The Servicer will take reasonable steps to verify the identity of a Third Party, but has no responsibility or liability to verify the identity of such Third Party. The Servicer also has no responsibility or liability for what a Third Party does with such information.

This Third-Party Authorization is valid when signed by all borrowers and co-borrowers named on the mortgage and until the Servicer receives a written revocation signed by any borrower or co-borrower.

**I UNDERSTAND AND AGREE WITH THE TERMS OF THIS THIRD-PARTY AUTHORIZATION:**

______________________ ______________________ ______________________ ______________________
Borrower Name Signature Co-Borrower 1 Name Signature

______________________ ______________________ ______/_____/________
Co-Borrower 2 Name Signature Date(MM/DD/YYYY)

## SECTION 12: INSTRUCTION FOR IRS FORM 4506T-EZ (Next page)

SEND ONE COPY OF THE 4506T/4506T-EZ FORM TO THE IRS. SEND ANOTHER COPY OF THE 4506T/4506T-EZ WITH ALL OTHER REQUIRED DOCUMENTS

| | |
|---|---|
| **STEP 1** | **All borrowers must SIGN and DATE the form.** (Signatures should be exactly in the same name as provided in your original return.) |
| **STEP 2** | *Fax the signed form to Ocwen at 1(407) 737-6174* ***OR*** *Scan and email the signed form to Ocwen at mod@ocwen.com* |
| **STEP 3** | *Fax the signed form to the IRS at number below.*<br>*(Based on your state of residence, use the table below to determine the correct fax number.)* |

| State | Fax Number |
|---|---|
| Florida, Georgia, North Carolina, South Carolina | 1(770) 455-2335 |
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, or A.P.O. or F.P.O. address | 1(512) 460-2272 |
| Alaska, Arizona, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | 1(559) 456-5876 |
| Arkansas, Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, Vermont, Virginia, West Virginia | 1(816) 292-6102 |

Loan Number: ██████0364

Form **4506T-EZ**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

▶ **Request may not be processed if the form is incomplete or illegible.**

OMB No. 1545-2154

**Tip.** Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| | |
|---|---|
| **1a** Name shown on tax return. If a joint return, enter the name shown first. | **1b First social security number or individual taxpayer identification number on tax return** |
| **2a** If a joint return, enter spouse's name shown on tax return. | **2b Second social security number or individual taxpayer identification number if joint tax return** |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

| Third party name | Telephone number |
|---|---|
| Ocwen Loan Servicing, LLC Attn: Home Retention Department | (800) 746-2936 |

Address (including apt., room, or suite no.), city, state, and ZIP code

1661 Worthington Road, Suite 100 West Palm Beach, FL 33409

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2009    2010    2011    ______

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved **identity theft** on your federal tax return.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, **either** husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ **Signature** (see instructions)    Date

▶ **Spouse's signature**    Date

**For Privacy Act and Paperwork Reduction Act Notice, see page 2.**    Cat. No. 54185S    Form **4506T-EZ** (Rev. 1-2012)

Loan Number: ██████0364

## SECTION 13: DODD FRANK CERTIFICATE

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L.111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law. This certification is effective on the earlier of the date listed below or the date this RMA is received by your servicer.

## SECTION 14: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT

1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.
2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.
3. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.
5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.
6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.
7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
8. I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.
9. If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.
10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.
11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| | | | |
|---|---|---|---|
| Borrower Name | Signature | Co-Borrower 1 Name | Signature |
| Co-Borrower 2 Name | Signature | ___/___/___ Date(MM/DD/YYYY) | |

Loan Number: [redacted]0364

## SECTION 15: BEWARE OF FORECLOSURE RESCUE SCAMS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

**Beware of Foreclosure Rescue Scams. Help is FREE!**

- **There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.**
- **Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.**
- **Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.**
- **Never make your mortgage payments to anyone other than your mortgage company without their approval.**

## SECTION 16: HOMEOWNER'S HOTLINE

If you have questions about this document or the Making Home Affordable Program, please call your servicer.

If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).

888-995-HOPE™ Homeowner's HOPE™ Hotline

The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.

## SECTION 17: INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so. The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it.** If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. **If you do not wish to furnish the information, please check the box below.**

| **BORROWER** | ☐ I do not wish to furnish this information | **CO-BORROWER** | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex | ☐ Female<br>☐ Male | Sex | ☐ Female<br>☐ Male |

**To be completed by interviewer**

| This request was taken by<br>☐ Telephone<br>☐ Mail<br>☐ Face-to-face Interview<br>☐ Internet | ***Interviewer's Name (print or type) & ID Number*** | **Name/Address of Interviewer's Employer** |
|---|---|---|
| | ***Interviewer's Signature*** ***Date*** | |
| | ***Interviewer's Phone Number (include area code)*** | |

Loan Number: ████0364

## SECTION B: FREQUENTLY ASKED QUESTIONS

1 **Why Did I Receive This Package?**
You received this package because we have not received one or more of your monthly mortgage payments and want to help you keep your home if at all possible. We are sending this information to you now so that we can work with you to quickly resolve any temporary or long-term financial challenge you face to making all of your late mortgage payments.

2 **Where Can I Find More Information on Foreclosure Prevention?**
Please see the Avoiding Foreclosure attachment in this package for more information, or you can contact Ocwen.com.

3 **Will I Be Evaluated for the Federal Home Affordable Modification Program (HAMP) When I Submit My Borrower Response Package?**
If you are not eligible for a refinance, reinstatement, repayment, or forbearance plan based on the information you provide, we will evaluate you for participation in the Home Affordable Modification Program (HAMP). If you are not eligible for HAMP, we will evaluate you for a non-HAMP loan modification.

4 **Will It Cost Money to Get Help?**
There should never be a fee from your servicer or qualified counselor to obtain assistance or information about foreclosure prevention options. However, foreclosure prevention has become a target for scam artists. Be wary of companies or individuals offering to help you for a fee, and never send a mortgage payment to any company other than the one listed on your monthly mortgage statement or one designated to receive your payments under a state assistance program.

5 **What Happens Once I Have Sent the Borrower Response Package to You?**
We will contact you within three business days of our receipt of your Borrower Response Package to confirm that we have received your package and will review it to determine whether it is complete. Within five business days of receipt of your request, we will send you a notice of incompleteness in the event there is any missing information or documentation that you must still submit. We cannot guarantee that you will receive any (or a particular type of) assistance.

Within 30 days of receipt of a complete Borrower Response Package, we will let you know which foreclosure alternatives, if any, are available to you and will inform you of your next steps to accept our offer. However, if you submit your complete Borrower Response Package less than 37 days prior to a scheduled foreclosure sale date, we will strive to process your request as quickly as possible, but you may not receive a notice of incompleteness or a decision on your request prior to sale. Please submit your Request for Mortgage Assistance Package as soon as possible.

6 **What Happens to My Mortgage While You Are Evaluating My Borrower Response Package?**
You remain obligated to make all mortgage payments as they come due, even while we are evaluating the types of assistance that may be available.

7 **Will the Foreclosure Process Begin If I Do Not Respond to this Letter?**
If you have missed four monthly payments or there is reason to believe the property is vacant or abandoned, we may refer your mortgage to foreclosure regardless of whether you are being considered for a modification or other types of foreclosure alternatives.

8 **What Happens if I Have Waited Too Long and My Property Has Been Referred to an Attorney for Foreclosure? Should I Still Contact You?**
Yes, the sooner the better!

9 **What if My Property is scheduled for a Foreclosure Sale in the Future?**
If you submit a complete Borrower Response Package less than 37 calendar days before a scheduled foreclosure sale, there is no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we are able to approve you for a foreclosure alternative prior to a sale, a court with jurisdiction over the foreclosure proceeding (if any) or public official charged with carrying out the sale may not halt the scheduled sale.

10 **Will My Property be sold at a Foreclosure Sale If I Accept a Foreclosure Alternative?**
No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative, such as a forbearance or repayment plan, and comply with all requirements.

11 **Will My Credit Score Be Affected by My Late Payments or Being in Default?**
The delinquency status of your loan will be reported to credit reporting agencies as well as your entry into a Repayment Plan, Forbearance Plan, or Trial Period Plan in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association requirements.

12 **Will My Credit Score Be Affected if I Accept a Foreclosure Prevention Option?**
While the affect on your credit will depend on your individual credit history, credit scoring companies generally would consider entering into a plan with reduced payments as increasing your credit risk. As a result, entering into a plan with reduced payments may adversely affect your credit score, particularly if you are current on your mortgage or otherwise have a good credit score.

13 **Is Foreclosure Prevention Counseling Available?**
Yes, HUD-approved counselors are available to provide you with the information and assistance you may need to avoid foreclosure. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you.

14 **I Have Seen Ads and Flyers From Companies Offering to Help Me Avoid Foreclosure for a Fee. Are These Companies on the Level?**
Foreclosure prevention has become a target for scam artists. We suggest using the HUD Web site referenced in question 13 to locate a counselor near you. Also, please refer to the attached document called "Beware of Foreclosure Rescue Scams" for more information.



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

July 20, 2012

8 pages

Attn
Jashwin G

Lata Tomlinson

2326 Gentry
Wichita, KS 67220

I originally faxed on 8-6-2012 @ 4:14 pm.

Loan Number: [redacted]0364
Property Address: 2326 Gentry
Wichita, KS 67220

Dear Borrower(s),

Thank you for submitting your application for a loan modification. Based on our review of the information you provided, the following documentation is required to complete the application process.
As of the date of this letter, if you have already submitted the documentation requested below you may disregard this notice.

STEP 1: Please provide a copy of the following documents:

- Please submit the two most recent bank statements (within 90 days) or rent receipts/cancelled checks showing deposits that clearly indicate your monthly rental income.

STEP 2: **The documentation listed above must be received by 08/16/2012.** Failure to provide these documents within the timeline may delay your application process. Send a copy of this letter and the documents to the following:

Please send copies. Do not send originals.
**To expedite processing: FAX TO:** (407) 737-6174 ***** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Jashwin G has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

***NMLS # 1852***



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** **1-800-569-4287** **www.HUD.gov**

**HOPE Hotline Number:** **1-888-995-4673**

## FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

- If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

- If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**

The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**

Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

July 25, 2012

Lata Tomlinson

2326 Gentry
Wichita, KS 67220

Loan Number: ██████0364
Property Address: 2326 Gentry
Wichita, KS 67220

## Important Information Regarding

## Your Modification Application

**Dear Ocwen Customer,**

Ocwen would like to take this opportunity to thank you for submitting an application for assistance. We value your business and want to assure you that we are processing your request as quickly as possible. To better serve you during this time, we have provided answers to the most frequently asked questions from customers who have similarly applied for assistance.

### FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home during** the HAMP evaluation.

**HAMP Eligibility**

- **If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.**

- If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**
The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**
Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure. We are available Monday – Friday 8:00 am to 9:00 pm ET, Saturday 8:00 am to 5:00 pm ET and Sunday 12:00 pm to 9:00 pm ET.

**Sincerely,**

**Ocwen Loan Servicing, LLC**

**HELPING HOMEOWNERS IS WHAT WE DO!**

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** 1-800-569-4287 www.HUD.gov

**HOPE Hotline Number:** 1-888-995-4673

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

August 11, 2012

Attn: Jashwin G 8-24-12
4 Pages
From Lata Tomlinson

Lata Tomlinson

2326 Gentry
Wichita KS 67220

Loan Number: [redacted]0364
Property Address: 2326 Gentry
Wichita, KS 67220

****IMPORTANT NOTICE****

**YOUR APPLICATION FOR THE MAKING HOME AFFORDABLE PROGRAM IS INCOMPLETE**

Dear Customer,

You were recently notified that your application for a loan modification could not be processed because it was incomplete. Our records indicate that the items listed below are still outstanding and have not been received as of the date on this letter. In order for Ocwen to determine your eligibility for this program we must receive all the documents listed below.

**REQUIRED DOCUMENTS:** Please provide a copy of ALL of following documents. Originals are NOT required.

**STEP 1:** Please provide a copy of the following documents:

- Please submit your 2 most recent consecutive bank statements for all accounts. Please make sure they are less than 90 days old.

**DUE DATE: The documentation listed above must be received by the date specified in the initial notification sent.** Failure to provide these documents within the timeline will result in the denial of your modification application. Send a copy of this letter and the documents to the following:
Please send copies. Do not send originals.

**To expedite processing: FAX TO:** (407) 737-6174 **** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Jashwin G has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

Sincerely,

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HFIND3.8

***NMLS # 1852***



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

August 16, 2012

Lata Tomlinson

2326 Gentry
Wichita KS 67220

Loan Number: [redacted]0364
Property Address: 2326 Gentry
Wichita, KS 67220

**IMPORTANT NOTICE**

**YOUR APPLICATION FOR THE MAKING HOME AFFORDABLE PROGRAM IS INCOMPLETE**

Dear Customer,

You were recently notified that your application for a loan modification could not be processed because it was incomplete. Our records indicate that the items listed below are still outstanding and have not been received as of the date on this letter. In order for Ocwen to determine your eligibility for this program we must receive all the documents listed below.

**REQUIRED DOCUMENTS:** Please provide a copy of ALL of following documents. Originals are NOT required.

**STEP 1:** Please provide a copy of the following documents:

- Please submit your 2 most recent consecutive bank statements for all accounts. Please make sure they are less than 90 days old.

**DUE DATE:** **The documentation listed above must be received by the date specified in the initial notification sent.** Failure to provide these documents within the timeline will result in the denial of your modification application. Send a copy of this letter and the documents to the following:
Please send copies. Do not send originals.

**To expedite processing: FAX TO:** (407) 737-6174 **** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Jashwin G has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

Sincerely,

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HFIND3.8 *NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

Ocwen Loan Servicing, LLC

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** **1-800-569-4287** **www.HUD.gov**

**HOPE Hotline Number:** **1-888-995-4673**

**FREQUENTLY ASKED QUESTIONS**

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HFIND3.8

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

- If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

- If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**
The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**
Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

August 22, 2012

Lata Tomlinson

2326 Gentry
Wichita KS 67220

Loan Number: ████0364
Property Address: 2326 Gentry
Wichita, KS 67220

****IMPORTANT NOTICE****

**YOUR APPLICATION FOR THE MAKING HOME AFFORDABLE PROGRAM IS INCOMPLETE**

Dear Customer,

You were recently notified that your application for a loan modification could not be processed because it was incomplete. Our records indicate that the items listed below are still outstanding and have not been received as of the date on this letter. In order for Ocwen to determine your eligibility for this program we must receive all the documents listed below.

**REQUIRED DOCUMENTS:** Please provide a copy of ALL of following documents. Originals are NOT required.

**STEP 1:** Please provide a copy of the following documents:

- Please submit your 2 most recent consecutive bank statements for all accounts. Please make sure they are less than 90 days old.

**DUE DATE:** **The documentation listed above must be received by the date specified in the initial notification sent.** Failure to provide these documents within the timeline will result in the denial of your modification application. Send a copy of this letter and the documents to the following:
Please send copies. Do not send originals.

**To expedite processing: FAX TO:** (407) 737-6174 **** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

Sincerely,

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

HFIND3.8

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

Ocwen Loan Servicing, LLC

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** **1-800-569-4287** **www.HUD.gov**

**HOPE Hotline Number:** **1-888-995-4673**

## FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

• If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

• If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**

The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**

Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

August 23, 2012

Lata Tomlinson

2326 Gentry
Wichita KS 67220

Loan Number: ██████0364
Property Address: 2326 Gentry
Wichita, KS 67220

****IMPORTANT NOTICE****

**YOUR APPLICATION FOR THE MAKING HOME AFFORDABLE PROGRAM IS INCOMPLETE**

Dear Customer,

You were recently notified that your application for a loan modification could not be processed because it was incomplete. Our records indicate that the items listed below are still outstanding and have not been received as of the date on this letter. In order for Ocwen to determine your eligibility for this program we must receive all the documents listed below.

**REQUIRED DOCUMENTS:** Please provide a copy of ALL of following documents. Originals are NOT required.

**STEP 1:** Please provide a copy of the following documents:

- Your Proof of Alimony or Child Support Income was not legible. Please resend a clear copy with all pages in a legible format.
- Your documentation that specifies that the Unemployment or Public assistance or Workers' Compensation was not legible. Please resend a clear copy with all pages in a legible format.

**DUE DATE:** **The documentation listed above must be received by the date specified in the initial notification sent.** Failure to provide these documents within the timeline will result in the denial of your modification application. Send a copy of this letter and the documents to the following:
Please send copies. Do not send originals.

**To expedite processing:** **FAX TO:** (407) 737-6174 **** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

Sincerely,

Ocwen Loan Servicing, LLC

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** **1-800-569-4287** **www.HUD.gov**

**HOPE Hotline Number:** **1-888-995-4673**

## FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

• If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

• If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**

The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**

Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

8/23/2012

Lata Tomlinson
2326 Gentry
Wichita, KS 67220

**Relationship Manager Notice**

Loan Number: [redacted]0364
Property Address: 2326 Gentry, Wichita, KS 67220

Dear Customer:

Thank you for working with us to identify solutions for your loan. To better serve you during this time, Ocwen has assigned Farhad Suraliwala to serve as your Relationship Manager throughout this process. Your Relationship Manager will be responsible for monitoring your account, making sure that we have all of your critical information and carefully reviewing your situation. While we hope that your Relationship Manager will be able to assist you in finding an alternative to foreclosure, the assignment of a relationship manager in itself will not delay or postpone any foreclosure action or sale.

**How We Communicate With You**

You may already have an appointment scheduled to speak with your Relationship Manager. If not, we will be contacting you within the next few days to schedule an in-depth consultation to review your account status. At times, we may also send you mailed correspondence with account updates and other important information.

For your convenience, you can set up an appointment with your Relationship Manager at any time. To set up an appointment, simply call our Customer Care Center at (800)746-2936, Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

**How To Send In Documents**

Your Relationship Manager also will track the documents you send to us, including documentation you have already provided. Please continue to email any requested documents and/or attachments to mod@ocwen.com, and be sure to include your name and loan number in your emails. Though email is the fastest way to send in documents, you can also fax them to (407) 737-6334 or mail them to us at:

Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

The assignment of a relationship manager **in itself** will not delay or postpone any foreclosure action or sale.
We look forward to working with you.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #:1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

## ALTERNATIVES TO FORECLOSURE

Ocwen offers a number of programs to assist you in avoiding foreclosure. Your Relationship Manager will be able to discuss these options with you in more detail. Here are some of these options:

1. MODIFICATION – A change to one or more terms of the original mortgage agreement. This may include a change in interest rate, loan balance or term, which may lower your payment and bring the account current.

2. HOME AFFORDABLE FORECLOSURE ALTERNATIVES PROGRAM (HAFA) If your mortgage payment is unaffordable and you are interested in transitioning to more affordable housing, you may be eligible for a short sale or deed-in-lieu of foreclosure through the federal government's HAFA program.

3. **LISTING YOUR PROPERTY FOR SALE** - By listing your property, you may receive a sale offer acceptable to both you and to Ocwen. The sale of your property could help you to avoid a foreclosure sale of your home.

3. DEED IN LIEU OF FORECLOSURE - If you do not wish to keep the property, then depending on your current financial situation Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. The property title must be clear of any other liens.

You will be asked to send in documentation of your income and taxes, occupancy, other liens and judgments on the property, statement of the nature of your financial situation, legal authorizations and required declarations, and (in the case of short sales), sale documents. While we encourage you to complete your application documents as quickly as possible, the deadlines for returning your documents differ based on the resolution you are seeking, and the current status of your account. The table below outlines the deadlines for each of the required actions during the application process.

| Required Action | Timeline for Completion |
|---|---|
| Complete the Modification Application | 15 days from requesting or downloading the application (at least 7 business days prior to foreclosure sale date, if applicable) |
| Returning any missing Modification documents | 30 days from notification of missing documents (at least 7 business days prior to Foreclosure sale date, if applicable) |
| Returning any missing Short Sale or Deed In Lieu documents | 10 days from notification of missing documents |

*After these deadlines, we cannot guarantee that you will receive a resolution or be able to re-apply for a resolution, and we will continue any pending foreclosure proceedings on the property.*

### FOR ADDITIONAL ASSISTANCE:

***Financial Counseling Services***

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | 1-800-569-4287 | www.HUD.gov |
| **HOPE Hotline Number:** | 1-888-995-4673 | |
| **Making Home Affordable Program:** | | www.makinghomeaffordable.gov |
| **Fannie Mae Assistance:** | | www.knowyouroptions.com |

***For Borrowers in New York:***

The New York State Banking Department website provides detailed information about programs and services that are available to you for information and assistance in avoiding foreclosure. http://www.banking.state.ny.us/

***For Borrowers in North Carolina:***

The North Carolina Commissioner of Banks website provides resources related to avoiding foreclosure on the "Need Foreclosure Help?" page. http://www.nccob.gov/public/

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**Frequently Asked Questions for Transferred Accounts:**

If your account has recently been transferred from another servicer to Ocwen, please refer to the FAQ below for information regarding modifications, short sales and other resolutions.

**I am currently on a trial modification plan. What do I do?**
*You should continue making your monthly payments as required in the modification plan, even if you have completed your making your trial payments. Your prior servicer will be providing Ocwen the status of your modification. Our goal is to review your loan as soon as possible and provide your final modification agreement to you once we have completed processing. Please follow up to 30 days from the date of the transfer for Ocwen to obtain and process your application documentation.*

**I just submitted my modification application to prior servicer, should I send this to Ocwen again?**
*Your prior servicer will be providing Ocwen with the status of your modification application and copies of your documentation. It is not necessary to re-send the documents to Ocwen at this time. Please allow up to 30 days from the date of the account transfer for Ocwen to process your application documentation and determine your eligibility. It is not necessary to call prior to 30 days as the agent will not have any additional information to provide to you.*

**I received a notice from my prior servicer that I was denied for the Making Home Affordable Program. I am still having financial difficulty, what can I do?**
*We may still be able to help you. We offer a number of specialized programs that can be designed to fit your situation. Please go www.ocwen.com for more information and download an application for assistance.*

**I received a notice from my prior servicer that they were missing documents for my modification but I have not sent them yet; do I send these documents to Ocwen now?**
*Yes, please send the documents to Ocwen via e-mail to mod@ocwen.com or fax the documents to (407) 737-6174. Your prior servicer will be providing Ocwen with the status of your modification (trial plan or initial application), copies of your initial application and information identifying the missing documentation. Please allow up to 30 days from the date you send the documentation for Ocwen to process your documentation.*

**I have a Short Sale or Deed in Lieu application pending with my prior servicer, do I have to resend all the documentation to Ocwen now and re-apply?**
*Your Prior Servicer will be providing Ocwen with the status of your pending resolution. If you have a pending foreclosure sale date or closing scheduled in the next 60 days, to expedite processing please resend the documentation by fax to (407) 737-5071. If you do not have a foreclosure sale or scheduled closing in the next 60 days, your prior service will be providing Ocwen the status of your pending resolution and Ocwen will be contacting you with a final approval or denial. Please allow Ocwen up to 30 days to process your Short Sale or Deed in Lieu application.*

**I received approval from my prior servicer for a Short Sale or Deed in Lieu; will this approval by honored by Ocwen?**
*Yes, it will be honored as long as you meet the original requirements or contingencies for approval provided by your prior servicer. With respect to Short Sales, please note that the original expiration date of your prior servicer's approval (the "good through" date) still applies and if it has expired, the approval is no longer valid. Your Prior Servicer will be providing these approval requirements to Ocwen.*

**I received approval from my prior Servicer for a Short Sale or Deed in Lieu, but the approval is going to expire shortly (or just expired) and my closing is after this day, what do I do?**
*You should fax your original approval documents and an updated net sheet or HUD-1 with the new projected closing date to (407) 737-5071. With respect to Short Sales, please note that the original expiration date of your prior servicer's approval (the "good through" date) still applies. Please note if there is a Foreclosure Sale scheduled on your account, we will not postpone the foreclosure sale.*

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS #:1852*



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

8/24/2012

Lata Tomlinson
2326 Gentry
Wichita, KS 67220

Loan Number: ███0364

Dear Customer,

Thank you for your recent application for a modification under the Making Home Affordable Program. Based on our review of the documentation you provided, you are not eligible for a Home Affordable Modification.

**We cannot offer you a modification under the Home Affordable Modification Program because we are unable to create a monthly payment that is between 25% and 42% of your monthly gross monthly income. The monthly mortgage payment includes principal, interest, property taxes, hazard insurance premiums, and homeowners dues (if any), and your monthly gross income is provided below. If you believe the income we used is incorrect, please contact us at the number provided below.**
**You have 30 calendar days from the date of this notice to contact Ocwen to discuss the reason for non-approval for a HAMP modification or to discuss alternative loss mitigation options that may be available to you. Your loan may be referred to foreclosure during this time, or any pending foreclosure action may continue. However, no foreclosure sale will be conducted and you will not lose your home during this 30-day period. Please note the foreclosure sale will not be suspended for this 30-day period if the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.**

The Home Affordable Modification option is designed specifically to allow existing homeowners to keep their homes by making mortgage payments affordable, however the plan will not help everyone.

We verified your gross income as **$1,325.00**. If you believe this information is incorrect, please contact us at **1-800-746-2936**

**If I'm not eligible for a Home Affordable Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO! ™. We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation. Our Associates and Home Retention Consultants are trained to work with you to set up a plan of action specifically designed to address your current circumstances. Below please find a brief description of possible solutions.

**What should I do if I disagree with the reason for non-approval of a HAMP modification?**

If you disagree with the reason for non-approval of a HAMP modification, you have 30 days from the date of this letter to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to HAMPNPVCases@ocwen.com or mail to:

Ocwen Loan Servicing
P.O. Box 785061
Orlando, FL 32878-5061

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

## ALTERNATIVES TO FORECLOSURE

1. **MODIFICATION** – A change to one or more terms of the original mortgage agreement.  This may include a change in interest rate, loan balance or term, which may lower your payment and bring the account current.

2. **LISTING YOUR PROPERTY FOR SALE** - By listing your property, you may receive a sale offer acceptable to both you and to Ocwen. The sale of your property could help you to avoid a foreclosure sale of your home.

3. **DEED IN LIEU OF FORECLOSURE** - If you do not intend on keeping the property, then depending on your current financial situation Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance.  Title must be clear of any other liens.

## FINANCIAL COUNSELING SERVICES

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:**     1-800-569-4287           www.HUD.gov
**HOPE Hotline Number:**                 1-888-995-4673

There are two ways for you to begin the process of working with us to identifying a solution to resolving your delinquent mortgage loan.

**Option 1:** Visit our website at www.ocwencustomers.com. Under the Financial Difficulties section, select the Pursue Alternative Payments Option.  Here, you can enter your financial information at your convenience.  Once you have entered the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 2:** Call Customer Care Center to discuss your options.  **Call 1-800-746-2936**

We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.


Sincerely,


Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

8/24/2012

Lata Tomlinson
2326 Gentry
Wichita, KS 67220

Loan Number: ██████0364

Dear Customer,

Thank you for your recent application for a modification under the Making Homes Affordable Program. Based on our review of the documentation you provided, you are not eligible for a Home Affordable Modification.

**We cannot offer you a modification under the Home Affordable Modification Program because we are unable to create a monthly payment that is between 25% and 42% of your monthly gross monthly income. The monthly mortgage payment includes principal, interest, property taxes, hazard insurance premiums, and homeowners dues (if any), and your monthly gross income is provided below. If you believe the income we used is incorrect, please contact us at the number provided below.**

**You have 30 calendar days from the date of this notice to contact Ocwen to discuss the reason for non-approval for a HAMP modification or to discuss alternative loss mitigation options that may be available to you. Your loan may be referred to foreclosure during this time, or any pending foreclosure action may continue. However, no foreclosure sale will be conducted and you will not lose your home during this 30-day period. Please note the foreclosure sale will not be suspended for this 30-day period if the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.**

The Home Affordable Modification option is designed specifically to allow existing homeowners to keep their homes by making mortgage payments affordable, however the plan will not help everyone. For example, it will not help investor borrowers, borrowers who have no income and cannot make any mortgage payment or if a borrower's current monthly mortgage ratio is less than 31% of their gross monthly income. (Note: Monthly mortgage ratio is the current first mortgage monthly payment, including principal, interest, taxes, insurance and homeowner's association dues, if applicable, divided by the gross monthly income).

**If I'm not eligible for a Home Affordable Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO!™. We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation. Our Associates and Home Retention Consultants are trained to work with you to set up a plan of action specifically designed to address your current circumstances. By completing the financial information attached, we can begin the process of presenting you with some alternative solutions to resolve your delinquent mortgage loan. Below please find a brief description of possible solutions.

**What should I do if I disagree with the reason for non-approval of a HAMP modification?**

If you disagree with the reason for non-approval of a HAMP modification, you have 30 days from the date of this letter to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to HAMPNPVCases@ocwen.com or mail to:

Ocwen Loan Servicing
P.O. Box 785061
Orlando, FL 32878-5061

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**ALTERNATIVES TO FORECLOSURE**

1. **MODIFICATION** – A change to one or more terms of the original mortgage agreement. This may include a change in interest rate, loan balance or term, which may lower your payment and bring the account current.

2. **LISTING YOUR PROPERTY FOR SALE** - By listing your property, you may receive a sale offer acceptable to both you and to Ocwen. The sale of your property could help you to avoid a foreclosure sale of your home.

3. **DEED IN LIEU OF FORECLOSURE** - If you do not intend on keeping the property, then depending on your current financial situation Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. Title must be clear of any other liens.

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

**HUD Approved Housing Counseling:** 1-800-569-4287 www.HUD.gov

**HOPE Hotline Number:** 1-888-995-4673

There are three ways for you to begin the process of working with us to identifying a solution to resolving your delinquent mortgage loan.

**Option 1:** Visit our website at `www.ocwencustomers.com`. Under the Financial Difficulties section, select the Pursue Alternative Payments Option. Here, you can enter your financial information at your convenience. Once you have entered the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 2:** Complete the attached form and fax to our Home Retention Processing Department at 407-737-5433. Once you have sent the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 3:** Call Customer Care Center to discuss your options. **Call 1-800-746-2936**

We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**LAST NAME:** ______________________ **LOAN NUMBER:** ______________________

## OCWEN FINANCIAL FORM

| 1. CURRENT EMPLOYMENT INFORMATION | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| Borrower Name | | | |
| Name of Employer / Self Employed or Unemployed | | | |
| Position / Title | | | |
| Hire Date | | | |
| Business Phone (With area code) | | | |
| How often are you paid? ■ Weekly ■ Every other week ■ Monthly ■ Twice a month | | | |

| 2. INCOME RECEIVED PER MONTH | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| GROSS Pay Stubs (Before payroll deductions) | $ | $ | $ |
| NET Pay Stubs (Gross minus payroll deductions) | $ | $ | $ |
| Overtime Pay (Average per month and not included in above) | $ | $ | $ |
| Commissions (Average per month and not included in above) | $ | $ | $ |
| Bonus (Average per month and not included in above) | $ | $ | $ |
| Tips (Average per month and not included in above) | $ | $ | $ |
| Self Employed Income | $ | $ | $ |
| Social Security | $ | $ | $ |
| Disability | $ | $ | $ |
| Retirement | $ | $ | $ |
| Death Benefit | $ | $ | $ |
| Pension | $ | $ | $ |
| Alimony | $ | $ | $ |
| Child Support | $ | $ | $ |
| Unemployment | $ | $ | $ |
| Public Assistance | $ | $ | $ |
| GROSS Rental Income (See Section 7 below) | $ | $ | $ |
| Other Income | $ | $ | $ |
| Description of Other Income: | | | |

| 3. COMBINED ASSETS | Borrower | Co-Borrower | Co-Borrower |
|---|---|---|---|
| Total Checking Account(s) | $ | $ | $ |
| Total Savings Account(s) / Money Market | $ | $ | $ |
| Stocks / Bonds / CD's | $ | $ | $ |
| 401k / Employee Stock Ownership Plan | $ | $ | $ |
| Car(s) (Estimated value less any loans outstanding) | $ | $ | $ |
| Life Insurance (Whole Life / Term) | $ | $ | $ |
| IRA / Keogh Accounts | $ | $ | $ |
| Other Assets (For Real Estate Complete Section 7 below) | $ | $ | $ |
| Description of Other Assets: | | | |

| 4. HOUSING EXPENSES PAID PER MONTH (For the property related to this application) | | 5. LIVING EXPENSES PAID PER MONTH | | 6. MISCELLANEOUS EXPENSES PAID PER MONTH | |
|---|---|---|---|---|---|
| 1st Mortgage Payment (P & I) | $ | Health Insurance | $ | Bank / Finance Loan Payments | $ |
| 2nd Mortgage Payment (P & I) | $ | Medical Bills | $ | Credit Card Payments | $ |
| Monthly Hazard / Homeowners Ins. | $ | Food | $ | Student Loan Payments | $ |
| Electric / Gas | $ | Auto Loan (1) | $ | Charitable Contributions | $ |
| Phone / Cell Phone | $ | Auto Loan (2) | $ | Personal / Life Insurance | $ |
| Water & Sewer | $ | Auto Insurance | $ | Club / Union Dues | $ |
| Home Repair | $ | Auto Gas | $ | Cable TV | $ |
| Home Maintenance | $ | Auto Maintenance | $ | Religious Contributions | $ |
| Homeowners Association Dues | $ | Child Care | $ | Dry Cleaning | $ |
| Monthly Property Tax Payment | $ | Child Support Paid | $ | Clothing | $ |
| Estimated Market Value | $ | Alimony Paid | $ | Entertainment | $ |
| Other Expenses | $ | Other Expenses | $ | School Tuition | $ |
| Description of Other Expenses: | | Description of Other Expenses: | | | |

Certification: I/We certify that the information provided in this Request for Financial Information is true and correct as of the date set forth opposite my/our signature(s) on this form and acknowledge my/our understanding that any intentional or negligent misrepresentation(s) of the information contained on this form may result in civil liability and/or criminal penalties. I (We) authorize OCWEN to verify this information, including verification of employment and account balances.

| Borrower's Signature | Date | Co-Borrower's Signature(s) | Date |
|---|---|---|---|
| | | | |

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**LAST NAME:** ____________________ **LOAN NUMBER:** ____________________

## OCWEN FINANCIAL FORM – Page 2

**SECTION 7 – RENTAL INCOME – MUST BE COMPLETED FOR RENTAL INCOME TO BE CONSIDERED**
**(This section should include Investment Properties and Second Homes.)**

| 7. RENTAL INCOME | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| 1st Mortgage Payment (Monthly P & I) | $ | $ | $ | $ |
| 2nd Mortgage Payment (Monthly P & I) | $ | $ | $ | $ |
| Total Mortgage Balance(s) + Any Liens + Judgments | $ | $ | $ | $ |
| Monthly Hazard/Homeowners Insurance & Tax Expense | $ | $ | $ | $ |
| Monthly Maintenance Expense | $ | $ | $ | $ |
| Estimated Market Value | $ | $ | $ | $ |
| GROSS Monthly Rental Income | $ | $ | $ | $ |

**GENERAL INSTRUCTIONS TO COMPLETE FINANCIAL FORM**

The Financial Form should be completed for each borrower whose income is used to pay the Loan.

1. **CURRENT EMPLOYMENT INFORMATION**
   - Borrowers should only complete requested employer information if they are currently working for employer.
   - Borrowers who are not currently employed should indicate they are "Unemployed" in the box provided.

2. **INCOME RECEIVED PER MONTH**
   - *All* figures should represent the total amount received in a month for that income category.
   - *GROSS Pay Stubs* – This is the amount of compensation received by an employee each month before any deductions are made for taxes, health benefits, 401k contributions, etc.
   - *NET Pay Stubs* – This is the amount of compensation received by the employee each month after all deductions are made for taxes, health benefits, 401k contributions, etc. This would be the actual dollar amount on the pay check or amount deposited into the employee's bank account, if direct deposit is used.
   - *Overtime Pay, Commissions and Bonuses* – This should be based on a monthly average since the amount received can vary on a monthly basis. For example, if bonus income of $1,200 is received on an annual basis, the amount entered should be $100 ($1,200 divided by 12 months = $100).
   - *Self Employed Borrowers* – The total amount of income received per month should be tied back to the Profit and Loss Statement to be provided under the Document Checklist. A Profit and Loss Statement is a financial statement that summarizes the revenues, costs and expenses incurred during a specific period of time - usually a fiscal quarter or year.
   - *Alimony and Child Support* – Alimony and child support need not be revealed if the Borrower or Co-Borrower(s) do not choose to have it considered for repaying this loan.
   - *GROSS Rental Income* – The total amount of rental income includes all rental income received from space rented within the subject property as well as any additional investment properties or second homes identified in Section 7.

3. **COMBINED ASSETS**
   - Total account balances for checking, savings or money market accounts should be entered under the specified account type.
   - An Employee Stock Ownership Plan (ESOP) is an employee benefit plan which makes the employees of a company owner of stock in that company.
   - Real Estate assets such as investment properties or if you own a second home should be entered in Section 7.

4. **HOUSING EXPENSES PAID PER MONTH**
   - Expenses input in this section should be for the property that is subject to the note and mortgage for which the borrower is seeking financial assistance from Ocwen.
   - *Monthly Property Tax Payment* – The amount entered should be your annual property tax assessment divided by 12 months. For example, if your property taxes for 2009 on the subject property are $6,000, then the amount you should enter would be $500 ($6,000 divided by 12 months = $500). If your loan includes an escrow payment for property taxes, then the amount paid in escrow each month for property taxes should be input into the box provided.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

August 27, 2012

Lata Tomlinson

2326 Gentry
Wichita, KS 67220

Loan Number: [redacted]0364
Property Address: 2326 Gentry
Wichita, KS 67220

Dear Borrower(s),

Thank you for submitting your application for a loan modification. Based on our review of the information you provided, the following documentation is required to complete the application process.
As of the date of this letter, if you have already submitted the documentation requested below you may disregard this notice.

STEP 1: Please provide a copy of the following documents:

- Please send us copies of your 2 most recent bank statements documenting your receipt of your unemployment or public assistance income.

STEP 2: **The documentation listed above must be received by 09/26/2012.** Failure to provide these documents within the timeline may delay your application process. Send a copy of this letter and the documents to the following:

Please send copies. Do not send originals.
**To expedite processing: FAX TO:** (407) 737-6174 ***** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 12:00 pm to 9:00 pm ET .

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

***NMLS # 1852***



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | **1-800-569-4287** | **www.HUD.gov** |
| **HOPE Hotline Number:** | **1-888-995-4673** | |

# FREQUENTLY ASKED QUESTIONS

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

- If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

- If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**

The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**

Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

April 24, 2013

Lata Tomlinson

2326 Gentry
Wichita KS 67220

Loan Number: [redacted]0364
Property Address: 2326 Gentry
Wichita, KS 67220

****IMPORTANT NOTICE****

**YOUR APPLICATION FOR THE MAKING HOME AFFORDABLE PROGRAM IS INCOMPLETE**

Dear Customer,

You were recently notified that your application for a loan modification could not be processed because it was incomplete. Our records indicate that the items listed below are still outstanding and have not been received as of the date on this letter. In order for Ocwen to determine your eligibility for this program we must receive all the documents listed below.

**REQUIRED DOCUMENTS:** Please provide a copy of ALL of following documents. Originals are NOT required.

**STEP 1:** Please provide a copy of the following documents:

- The statement or award letter detailing the frequency and duration of your Retirement/Social Security/Disability and/ or Death Benefit income did not specify that the income will continue for at least 3 years.
- Please submit your 2 most recent consecutive bank statements for all accounts. Please make sure they are less than 90 days old.
- Please submit your two most recent consecutive pay stubs with Y-T-D income, for each job, on all borrowers
- Please send us copies of your 2 most recent bank statements documenting your receipt of your unemployment or public assistance income.
- Your hardship affidavit was greater than 180 days old. Please send your most recent hardship affidavit, which, at the time we receive it, should be less than 180 days old.
- Additional information is needed regarding the Request for Mortgage Assistance (RMA). Please contact our Customer Care Center at 800-746-2936.

**DUE DATE: The documentation listed above must be received by the date specified in the initial notification sent.** Failure to provide these documents within the timeline will result in the denial of your modification application. Send a copy of this letter and the documents to the following:
Please send copies. Do not send originals.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

**To expedite processing: FAX TO:** (407) 737-6174 **** OR ***** **SCAN AND E-MAIL TO:** mod@ocwen.com

**As an alternative you may also MAIL TO:** Ocwen Loan Servicing, LLC
Attn: Home Retention Department
1661 Worthington Road, Suite 100
West Palm Beach, Florida 33409

Jashwin Yogesh has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents

If you have any questions, please contact Ocwen at (800) 746-2936. We are available from Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET .

Sincerely,

Ocwen Loan Servicing, LLC

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | **1-800-569-4287** | **www.HUD.gov** |
| **HOPE Hotline Number:** | **1-888-995-4673** | |

**FREQUENTLY ASKED QUESTIONS**

**What happens after I submit my financial package?**

Step 1 – The first step in the approval process is to have your financial package reviewed for completeness. We must make sure that all of the required information has been submitted and the applicable forms are signed and dated appropriately. After you submit the financial package, there is no need to call us to check on it. If your package is incomplete, Ocwen will notify you through a letter indicating what documents are missing or incorrect. If your package is complete, it will automatically move to underwriting.

Step 2 – Once the package has been certified as complete, your application moves to the underwriting stage where your eligibility is determined. If you have applied for assistance on your primary residence and your loan is a first lien, Ocwen will first look to qualify you for the federal government's Home Affordable Modification Program (HAMP). If we determine that you do not qualify for the HAMP modification, we will attempt to qualify you for an Ocwen sponsored modification program automatically. If you are applying for assistance on an investment property or second lien mortgage, you may still qualify for an Ocwen sponsored modification. If you do not qualify for either an HAMP or Ocwen modification, we will send you a letter with information on alternatives.

Step 3 – If you qualify, we will send you either a Trial Period Plan offer or a modification offer depending on the program. It takes approximately 30 days for us to complete our review.

**How can I get an update on the application process?**

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

*NMLS # 1852*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

If you submit a complete financial package, you may not receive any notification until your eligibility is determined. It is not necessary to call us to obtain an update as your request will be processed in the order in which it is received. The most important thing you can do is to ensure your financial package is complete when submitting your request.

**Will a foreclosure occur if I participate in the Home Affordable Modification program?**

While we consider your request, we will not initiate a new foreclosure action and we will not move ahead with the foreclosure sale on an active foreclosure as long as we have received all required documents and you have met the eligibility requirements.

**Will it help to speak to an Ocwen Representative?**

We know your time is valuable, so we do not want you to feel the need to follow-up via phone. If you call us while the package is being processed, the representative will not have any new information. Please rest assured our representatives are working diligently to process your application.

We are committed to helping you retain your home. That's why we are currently evaluating your mortgage for eligibility in the Home Affordable Modification Program ("HAMP") which would modify the terms of your loan and make your mortgage payments more affordable. If your loan has been previously referred to foreclosure, we will continue the foreclosure process while we evaluate your loan for HAMP. However, **no foreclosure sale will be conducted and you will not lose your home** during the HAMP evaluation.

**HAMP Eligibility**

- If you are eligible for HAMP, you will enter into a "trial period". You will receive a Trial Period Plan Notice which will contain a new trial payment amount (this will temporarily replace your current mortgage payment during the HAMP trial period). To accept the Trial Period Plan, you must make your first trial payment by the specified due date. Once you accept, we will halt the foreclosure process as long as you continue to make your required trial plan payments.

- If you do not qualify for HAMP, or if you fail to comply with the terms of the Trial Period Plan, you will be sent a Non-Approval Notice. In most cases, you will have 30 days to review the reason for non-approval and contact us to discuss any concerns you may have. During this 30-day review period, we may continue with the pending foreclosure action, but **no foreclosure sale will be conducted and you will not lose your home.**

**Important—Do not ignore any foreclosure notices.**

The HAMP evaluation and the process of foreclosure may proceed at the same time. You may receive foreclosure/eviction notices - delivered by mail or in person - or you may see steps being taken to proceed with a foreclosure sale of your home. While you will not lose your home during the HAMP evaluation, to protect your rights under applicable foreclosure law, you may need to respond to these foreclosure notices or take other actions. If you have any questions about the foreclosure process and the evaluation of your HAMP request, contact us at (800) 746-2936. If you do not understand the legal consequences of the foreclosure, you are also encouraged to contact a lawyer or housing counselor for assistance.

**Questions**

Call (800) 746-2936 if you cannot afford to make your trial period payments, but want to remain in your home. Or if you have decided to leave your home, contact us—we have other options that may be able to help you avoid foreclosure.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*

***NMLS # 1852***



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

6/3/2013

Lata Tomlinson
2326Gentry
Wichita, KS 67220

Loan Number: [redacted]0364

Dear Customer,

Thank you for your recent application for a modification under the Making Home Affordable Program. Based on our review of the documentation you provided, you are not eligible for a Home Affordable Modification.

**We cannot offer you a modification under the Home Affordable Modification Program because we are unable to create a post-modification monthly payment that is between 15% and 45% of your monthly gross monthly income. The monthly mortgage payment includes principal, interest, property taxes, hazard insurance premiums, and homeowners dues (if any), and your monthly gross income is provided below. If you believe the income we used is incorrect, please contact us at the number provided below.**
**You have 30 calendar days from the date of this notice to contact Ocwen to discuss the reason for non-approval for a HAMP modification or to discuss alternative loss mitigation options that may be available to you. Your loan may be referred to foreclosure during this time, or any pending foreclosure action may continue. However, no foreclosure sale will be conducted and you will not lose your home during this 30-day period. Please note the foreclosure sale will not be suspended for this 30-day period if the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.;**

The Home Affordable Modification option is designed specifically to allow existing homeowners to keep their homes by making mortgage payments affordable, however the plan will not help everyone.

We verified your gross income as **$2,132.50**. If you believe this information is incorrect, please contact us at **1-800-746-2936**

**If I'm not eligible for a Home Affordable Modification, then what do I do?**

Remember at Ocwen, HELPING HOMEOWNERS IS WHAT WE DO! ™. We understand that unanticipated changes in your financial situation can impact every area of your life, including your ability to pay your mortgage obligation. Our Associates and Home Retention Consultants are trained to work with you to set up a plan of action specifically designed to address your current circumstances. Below please find a brief description of possible solutions.

**What should I do if I disagree with the reason for non-approval of a HAMP modification?**

If you disagree with the reason for non-approval of a HAMP modification, you have 30 days from the date of this letter to send a written explanation and supporting documentation to substantiate your findings. Please email a copy of this letter along with any supporting documents to HAMPNPVCases@ocwen.com or mail to:

Ocwen Loan Servicing
P.O. Box 785061
Orlando, FL 32878-5061

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

**ALTERNATIVES TO FORECLOSURE**

1. **MODIFICATION** – A change to one or more terms of the original mortgage agreement. This may include a change in interest rate, loan balance or term, which may lower your payment and bring the account current.

2. **LISTING YOUR PROPERTY FOR SALE** - By listing your property, you may receive a sale offer acceptable to both you and to Ocwen. The sale of your property could help you to avoid a foreclosure sale of your home.

3. **DEED IN LIEU OF FORECLOSURE** - If you do not intend on keeping the property, then depending on your current financial situation Ocwen may accept the deed to the property and extinguish the debt, even if the property is worth less than the loan balance. Title must be clear of any other liens.

**FINANCIAL COUNSELING SERVICES**

When you are experiencing a financial hardship, counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge. For specific guidance on this notice or information related to the Home Affordable Modification Program, ask the counselor for MHA HELP.

| | | |
|---|---|---|
| **HUD Approved Housing Counseling:** | 1-800-569-4287 | www.HUD.gov |
| **HOPE Hotline Number:** | 1-888-995-4673 | |

There are two ways for you to begin the process of working with us to identifying a solution to resolving your delinquent mortgage loan.

**Option 1:** Visit our website at www.ocwencustomers.com. Under the Financial Difficulties section, select the Pursue Alternative Payments Option. Here, you can enter your financial information at your convenience. Once you have entered the information, a Home Retention Consultant will review it and then contact you to discuss potential resolution options.

**Option 2:** Call Customer Care Center to discuss your options. **Call 1-800-746-2936**

We are available Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

JASHWIN YOGESH has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,

Ocwen Loan Servicing, LLC

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

6/7/2013

Lata Tomlinson
2326 Gentry
Wichita, KS 67220

Loan Number: [redacted]0364
Property Address: 2326 Gentry Wichita, KS 67220

# Shared Appreciation Modification Offer

Dear Lata Tomlinson

Do you owe more than your house's current value? Are you tired of feeling like you are "underwater?" Do you wish you could make **affordable payments** at a **lower rate** on **the amount your house is actually worth**?

If so, **we are happy to be able to offer you a Shared Appreciation Modification.** As part of this program, we will reduce your interest rate and the principal amount used to calculate your interest.

The enclosed Shared Appreciation Modification Agreement presents the proposed terms of your modified mortgage, and the Frequently Asked Questions on the next few pages answer the most popular questions about the program.

**How to Take Advantage of This Offer:**

## STEP 1 COMPLETE AND RETURN THE ENCLOSED AGREEMENT BY THE DUE DATE

To accept this offer, **you must sign and return both copies** of the Shared Appreciation Modification Agreement and all Disclosures (collectively the "Agreement") in the enclosed, pre-paid envelope to Ocwen Loan Servicing LLC Attn: SAM Modification Processing, PO Box 24737, West Palm Beach, FL 33416-9838 **by 7/1/2013**. If the Agreement has notary provisions at the end, you must sign both copies in front of a notary public and return the notarized copies to us. We encourage you to **make a copy** of all documents for your records. If you do not send both copies of the signed Agreement and Disclosures by the above date, you must contact us if you still wish to be considered for this program and have your loan modified.

## STEP 2 MAKE YOUR INITIAL PAYMENT AND TRIAL PERIOD PAYMENT ON TIME

To take advantage of this great offer, you must make a initial payment in place of your normal monthly payment.

| Initial payment: **$782.45** by 7/1/2013 |
|---|

Make your initial payment payable to: **Ocwen Loan Servicing**. Be sure to include your **Loan Number**

**EXHIBIT 2**



OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

***Use ONE of the following Payment options:***

*OPTION1*
OVERNIGHT MAIL of
Money Order OR Certified Check
SEND TO :
Ocwen Loan Servicing, LLC.
ATTN: Cashiering Department
1661 Worthington Road,
Suite 100
West Palm Beach, FL 33409

*OPTION2*
BANK WIRE & Email*
Bank: Wells Fargo Bank, NA
San Francisco, CA
ABA: 121000248
Account Name:
Ocwen Loan Servicing, LLC
Account Number:
[redacted]3352
Reference:
Loan Number, Property Address, and Borrower Name

*ALSO send email to Transferfunds@ocwen.com with the details of the wire.

*OPTION3*
MoneyGram OR Western Union

MoneyGram Blue & White
RECEIVER CODE: 2355
Payable to:
OCWEN LOAN SERVICING, LLC
City: ORLANDO
State: FLORIDA
REFERENCE: LOAN NUMBER
[redacted]0364
AGENT LOCATER: (800) 926-9400

WesternUnion QuickCollect
Code City: Ocwen
State: FL
Reference: Loan # [redacted]0364

**Be certain to make the initial payment on or before the date it is due.** If the payments are made after their due dates or in amounts different from the amount required, your loan may not be modified.

To better understand the proposed terms of this program, please read the attached Frequently Asked Questions, the Shared Appreciation Modification Agreement, and Disclosures. We look forward to hearing from you by 7/1/2013.

JASHWIN YOGESH has been assigned as your relationship manager and will be your designated representative for resolution inquiries and submission of documents.

Sincerely,

Ocwen Loan Servicing, LLC



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

# Frequently Asked Questions:

As part of your introduction to the **Shared Appreciation Modification (SAM)** program, Ocwen Loan Servicing, LLC (Ocwen) would like to answer a few questions that you might have at this time. Please rest assured that we value your business and look forward to assisting you with any other questions you may have.

**Q. Who is eligible for this program?**
If you meet all of the following criteria, you may be eligible for the SAM program:
1  You owe more than your current house's value or you are "underwater," and
2  You do not qualify for the government's Home Affordable Modification Program (HAMP)

**Q. What is SAM?**
SAM is a program that offers a bigger up-front discount on both the principal and interest of your mortgage loan when compared to almost all typical modifications. With this program, you will:
1  Only make payments on the amount that your house is actually worth.
2  Have a chance to earn the permanent forgiveness of the rest of your debt.

In order to keep these benefits, you have to make your payments on time and comply with the terms of the program.

**In exchange for these benefits**, the owner of your loan may receive up to 25% of any increase in your house's value. This is known as "shared appreciation." You will still receive **the majority** (75%) of any increase in value.

For example, if your loan is modified from $200,000 to $150,000 and you later sell your house for $200,000, the owner of your loan could receive as much as 25% or $12,500 ($50,000 x 25%) of the appreciation while you would receive 75% or $37,500 ($50,000 x 75%).

**Q. What happens to the rest of the money?**
The portion of the amount owed that is above the value of your home at the time of the modification is known as the "Deferred Amount" or the non-interest bearing amount. If you comply with the terms of the Agreement and remain current on your payments, one-third of the Deferred Amount will be permanently forgiven each year until the entire Deferred Amount is forgiven (3 years from the date of the modification).

**Q. What is the purpose of SAM?**
The SAM program was created to help people who owe more than their house is currently worth. The program decreases the interest bearing principle balance owed to a level that is in line with the house's current value. All or a portion of the Deferred Amount owed may be permanently forgiven if you comply with the terms of the Agreement.

**Q. What is the Interest Bearing Principal Balance?**
The Interest Bearing Principal Balance is the portion of your modification balance on which you will pay interest and is also the amount against which any increase in value will be measured to determine any appreciation when you sell or refinance your property or at the time of loan maturity. This amount is the estimated value of your property at the time of modification.

**Q. What is the Deferred Amount?**
The Deferred Amount is the portion of your modification balance on which you will not pay interest and is also the amount that is eligible to be permanently forgiven. This amount represents the balance that is in excess of the estimated value of your property at the time of modification.

On each anniversary of your modification effective date, as long as you have not been in default to the extent that three (3) or more monthly payments were overdue and unpaid on the last day of any month, Ocwen will permanently forgive one-third (1/3) of the Deferred Amount until it is reduced to zero.

If you chose to pay off your loan before the third anniversary, but after thirty (30) days from the time the modification becomes effective, and you are not in default, the entire Deferred Amount will be deducted from your pay off amount.

548941
NMLS #: 1852
OSAM020211v2

Loan Number ████0364



*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO!™
WWW.OCWEN.COM

**Q. Why do I have to share 25% of the appreciation?**
The shared appreciation, upon sale or refinance of the property or at loan maturity, allows Ocwen to offer larger discounts by increasing the Deferred Amount. Without the shared appreciation, it would not be possible to offer you the same level of discount. In addition, if you sell your property later or refinance your loan and there has been no appreciation in value, the owner of the loan will not be entitled to any appreciation, so you benefit regardless of what happens with your property.

**Q. Do I have to pay you more if I add improvements to my home?**
The shared appreciation amount is a portion of whatever appreciation in value occurs after the modification, including any appreciation due to improvements made to the property. However, Ocwen will give you credit for any capital improvements made to your home after the modification effective date, if you provide adequate documentation to support your capital improvement claim.

**Q. If the value of my home rises high enough will Ocwen get more than the Deferred Amount?**
No, you will never be required to pay more than the total Deferred Amount.

**Q. What happens if I refinance my loan?**
If you refinance your loan after entering the SAM program, you must notify Ocwen within 30 to 60 days before the date you wish to refinance so that Ocwen can order an appraisal and third-party valuation to determine the appreciation amount. The owner of your loan may receive up to 25% of any increase in value of your property as determined at the time of refinancing.

**Q. How is the valuation completed?**
In the case of refinancing or note maturity, Ocwen will establish a valuation of the property at your expense. This will include an appraisal of the property from a licensed appraiser and may also include a third-party valuation based on such appraisal. In the case of a third-party sale, the gross sale price of the property will serve as the value.

**Q. How is the appreciation calculated?**
The appreciation of the property will be calculated as the difference between the valuation of the property (less any capital improvements) at the time of sale, note maturity, or refinance and the amount of Interest Bearing Principal Balance at the time of the agreement.

For example, if your Interest Bearing Principal Balance at the time of modification is $200,000 and you sell your house 5 years later for $250,000, the appreciation amount would be $50,000 ($250,000 - $200,000).

**Q. How do I get more information?**
If you have any questions or would additional information, please contact Ocwen:

<div align="center">

**OCWEN CONTACT INFORMATION HOURS:**
**Monday – Friday:  8:00 am – 9:00 pm ET**
**Saturday:          8:00 am – 5:00 pm ET**
**Sunday:            9:00 am – 9:00 pm ET**
**PHONE NUMBER: (800) 746-2936**

</div>

548941
NMLS #: 1852
*OSAM020211v2*

Loan Number ▆▆▆0364



[Space Above This Line For Recording Data]

# LOAN MODIFICATION AGREEMENT (SHARED APPRECIATION)

PLEASE READ THIS ENTIRE DOCUMENT CAREFULLY BEFORE SIGNING. THIS AGREEMENT AMENDS YOUR LOAN IN A NUMBER OF IMPORTANT WAYS, INCLUDING REDUCING THE PRINCIPAL YOU OWE. IF YOUR PROPERTY LATER APPRECIATES IN VALUE, HOWEVER, YOU WILL BE REQUIRED TO PAY BACK 25% OF THAT APPRECIATION CAPPED AT THE AMOUNT OF THE PRINCIPAL FORGIVENESS, LESS YOUR COST OF ANY IMPROVEMENTS.

Borrower ("I" or "my"): Lata Tomlinson

Servicer ("Servicer"): Ocwen Loan Servicing, LLC, NMLS # 1852

Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 8/14/2006

Loan Number: [redacted]0364

Property Address: 2326 Gentry Wichita, KS 67220 ("Property")

Servicer is offering this Loan Modification Agreement ("Agreement"), dated 6/7/2013, which modifies the terms of Borrower's home loan obligations as described below:

A. the Mortgage, Deed of Trust, or Security Deed (the "Mortgage"), dated and recorded in the public records of Sedgwick County,

B. the Note, of the same date and secured by the Mortgage (the "Note"), which covers the real and personal property described in the Mortgage located at 2326 Gentry Wichita, KS 67220 (the "Property").

**YOUR MORTGAGE, AS AMENDED BY THIS AGREEMENT, SECURES AS AN ADVANCE THE "SHARED APPRECIATION AMOUNT" TO THE SAME EXTENT AS IF SUCH SHARED APPRECIATION AMOUNT WAS INCURRED ON THE DATE THIS LOAN MODIFICATION AGREEMENT IS LEFT FOR RECORD. THE MAXIMUM AMOUNT OF INDEBTEDNESS SECURED BY THE MORTGAGE, AS AMENDED BY THIS AGREEMENT, THAT MAY BE OUTSTANDING AT ANY TIME SHALL BE $155,344.14, PLUS ACCRUED AND UNPAID INTEREST.**

Pursuant to our mutual agreement to modify Borrower's Note and Mortgage (collectively the "Loan Documents") and in consideration of the promises, conditions and terms set forth below, the parties agree as follows:

1 **Preconditions to Modification.** I understand and agree that:

A TIME IS OF THE ESSENCE under this Agreement:

B The Loan Documents shall not be modified unless and until (i) I successfully complete the Trial Period (as defined below), (ii) the title insurance company insuring the lien of the Mortgage assures Servicer (or otherwise confirms to its satisfaction) that the Mortgage, as modified by this Agreement, continues to enjoy lien priority for the full amount of the Note and (iii) I receive from the Servicer a copy of this Agreement signed by the Servicer.

C In order for the terms of this Agreement to become effective, I promise to make an initial payment of $ 782.45 on or before **7/1/2013** and one (1) Trial Payment of principal and interest in the amount of $ 782.45 to Servicer on or before **8/1/2013** ("Trial Period").

D If I successfully complete the Trial Period, the "Loan Documents" will be modified pursuant to the terms of this Agreement. However, I acknowledge and agree that if I fail to send any payment on or before the respective due date, the Servicer's modification offer will be null and void and this Agreement will not become effective, and I further understand and acknowledge that the Servicer may commence or resume foreclosure or other activities related to the delinquency of my Loan under its original terms. Acceptance and application of late payments during the Trial Period will not constitute payment in accordance with Section 1.C. above.

2 **The Modification.** If all preconditions to the modification set forth in Section 1 of this Agreement have been met, then the Loan Documents shall automatically become modified on 9/1/2013 (the "Modification Effective Date"). I understand that if I have failed to make any payments as a precondition to this modification, this modification will not take effect and this Agreement will not be effective. If this Agreement becomes effective, the Loan Documents will be modified to include the following new terms which are acknowledged and agreed:

A **New Principal Balance**: After successful completion of the Trial Period and other conditions set forth in Section 1 above, the new principal balance of my Note shall be $155,344.14 (the "New Principal Balance"). This includes, to the extent permitted by law, all amounts and arrearages that are past due (including any unpaid late charges) less any amounts paid to the Servicer but not previously credited to my Loan. A portion of the New Principal Balance shall be deferred and may be forgiven as provided in Sections 2.B and 2.C. of this Agreement.

B **Deferred Principal Balance**: $33,386.94 of the New Principal Balance shall be deferred (the "Deferred Principal Balance"). The Deferred Principal Balance shall be treated as a non-interest bearing principal forbearance and I am not obligated to pay interest or make monthly payments on any portion of it.

C **Forgiveness of Deferred Principal Balance**: 100% of the Deferred Principal Balance is eligible for forgiveness in equal installments over three (3) years. Unless I default on my new payments to the extent that three (3) or more monthly payments become overdue and unpaid on the last day of any month, then the Servicer shall forgive one-third of the outstanding portion of my Deferred Principal Balance on each of the first, second and third anniversaries of the Modification Effective Date, respectively. Forgiveness of any such amounts will not result in a new payment schedule.

D **Interest Bearing Principal Balance and Interest Rate**: The portion of the New Principal Balance that is not deferred (i.e., New Principal Balance less Deferred Principal Balance) shall bear interest (the "Interest Bearing Principal Balance"). The Interest Bearing Principal Balance shall be $121,957.20 and interest at the rate of 2.00002% shall begin to accrue thereon as of 9/1/2013. If a default rate of interest is permitted under the Loan Documents, then in the event of any default under the Loan Documents, as amended by this Agreement, the interest that will be due will be the rate set forth in this Section 2.D.

E **New Payment Date, Schedule and Amounts to be Repaid**: The first new monthly payment on the Interest Bearing Principal Balance shall be due on 9/1/2013.

The payment schedule for the modified Loan is as follows:

| *Years* | *Interest Rate* | *Interest Rate Change Date* | *Monthly Principal and Interest Payment Amount* | *Estimated Monthly Escrow Payment Amount** | *Total Monthly Payment** | *Payment Begins On* | *Number of Monthly Payments* |
|---|---|---|---|---|---|---|---|
| 1-Loan's Maturity | 2.00002% | 9/1/2013 | $ 550.06 | $ 232.39, *may adjust periodically* | $ 782.45, *may adjust periodically* | 9/1/2013 | 277 |

*The escrow payments may be adjusted periodically in accordance with applicable law and therefore the total monthly payment may change accordingly.

I shall pay in full the Interest Bearing Principal Balance, all accrued and unpaid interest thereon and all other amounts due and owing by the earliest of: (i) the date on which my Note matures and is due and payable in full (the "Maturity Date"), (ii) a refinance or payoff of the entire Interest Bearing Principal Balance (a "Refinance Transaction"), or (iii) a sale or any transfer of the Property or a beneficial interest in the Property without the Servicer's consent that may

require immediate payment in full under the terms of the Loan Documents (a "Sale Transaction"). I may also be required to pay the "Shared Appreciation Amount" as provided in Section 3 of this Agreement.

F **Pre-Payment of Note**: Provided I am not in default under the terms of this Agreement, in any pre-payment of the Note more than thirty (30) calendar days after the Modification Effective Date, the portion of the Deferred Principal Balance not yet forgiven pursuant to Section 2.C. shall be deducted from the payoff amount.

G **The terms in this Section 2 shall supersede any provisions to the contrary in the Loan Documents, including but not limited to, any provisions for an adjustable, step or simple interest rate, interest-only or other payment options, or any negative amortization features that would allow me to pay less than the interest due resulting in any unpaid interest to be added to the outstanding principal balance. I WILL BE IN DEFAULT IF I DO NOT COMPLY WITH THE TERMS OF THE LOAN DOCUMENTS, AS MODIFIED BY THIS AGREEMENT.**

3 **Shared Appreciation.**

**IF THE PROPERTY SECURING THE NOTE INCREASES IN VALUE AFTER THE MODIFICATION EFFECTIVE DATE, THERE MAY BE AN ADDITIONAL PAYMENT DUE, DEFINED IN THIS AGREEMENT AS THE "SHARED APPRECIATION AMOUNT". THE SHARED APPRECIATION AMOUNT RECOGNIZES CERTAIN IMPROVEMENTS I MAY MAKE TO THE PROPERTY IN THE FUTURE. IN NO EVENT SHALL THE SHARED APPRECIATION AMOUNT COLLECTED BE MORE THAN MY DEFERRED PRINCIPAL BALANCE ( $33,386.94).**

A. In addition to the amounts I am obligated to pay pursuant to Section 2 of this Agreement, upon the earliest of (i) the Maturity Date, (ii) a Refinance Transaction, or (iii) a Sale Transaction, I shall also pay principal in an amount equal to 25% of the future increase in value, if any, of the Property as more fully described below. This additional payment of principal is referred to in this Agreement as the "Shared Appreciation Amount". The Shared Appreciation Amount shall be determined by the Servicer as follows. (Note, the terms "Valuation" and "Subsequent Capital Improvements" as used below are defined in Sections 3.B and 3.C of this Agreement).

I **Maturity Date**: The Shared Appreciation Amount, if any, at the Maturity Date shall be 25% of the difference between the Valuation of the Property as of such date and $121,957.20 (the Interest Bearing Principal Balance as of the Modification Effective Date) less (i) any credit determined by Servicer for Subsequent Capital Improvements and (ii) any amount of appreciation in excess of the Deferred Principal Balance.

II **Refinance Transaction**: The Shared Appreciation Amount, if any, in connection with a Refinance Transaction shall be 25% of the difference between the Valuation of the Property as of the closing date of the Refinance Transaction and $121,957.20 (the Interest Bearing Principal Balance as of the Modification Effective Date) less (i) any credit determined by Servicer for Subsequent Capital Improvements and (ii) any amount of appreciation in excess of the Deferred Principal Balance.

III **Sale Transaction:** If the Property is sold, the manner in which the Shared Appreciation Amount, if any, is determined by the Servicer depends on whether or not the sale is at "Arm's Length." If the purchaser is a party unrelated to the seller, then the Servicer will generally determine that the transaction is Arm's Length. If, however, the purchaser is related to the seller, or other circumstances indicate that the transaction was not Arm's Length, or if there is a transfer of the Property or any beneficial interest in the Property without the Servicer's consent that may require immediate payment in full under the terms of the Loan Documents, then the Servicer may determine that the Sale Transaction is not Arm's Length.

a If the Sale Transaction is Arm's Length, then the Shared Appreciation Amount, if any, will be equal to 25% of the difference between the gross sale price of the Property and $121,957.20 (the Interest Bearing Principal Balance of the Modification Effective Date), less (i) any credit determined by Servicer for Subsequent Capital Improvements and (ii) any amount of appreciation in excess of the Deferred Principal Balance .

b If the Sale Transaction is not Arm's Length, then the Shared Appreciation Amount, if any, will be equal to 25% of the difference between the Valuation of the Property (as defined in Section 3.B.) as of the date of the sale or transfer and $121,957.20 (the Interest Bearing Principal Balance as of the Modification Effective Date), less (i) any credit determined by Servicer for Subsequent Capital Improvements and (ii) any amount of appreciation in excess of the Deferred Principal Balance.

B. "Valuation" shall mean the dollar amount of the value of the Property determined by the Servicer under the following terms and conditions. In all of the circumstances enumerated in Section 3.A. other than an Arm's Length Sale Transaction, the Valuation shall include a Property appraisal from an independent licensed appraiser and, at Servicer's option, a third-party valuation based on such appraisal. I acknowledge and agree that such appraisal and third-party valuation (if any) are acceptable to me for assessing the value of the Property.

I also agree to provide Servicer with written notice of my intent to cause or permit a Refinance Transaction or Sale Transaction no more than sixty (60) days and not less than thirty (30) days in advance of said Refinance Transaction or Sale Transaction. At the time notice is provided, I agree to deliver documentation to the Servicer evidencing the gross amount of proceeds expected from or to be paid under such Refinance Transaction to enable Servicer to establish a Valuation of the Property and determine the Shared Appreciation Amount with respect to the Refinance Transaction. In the case of a Sales Transaction, I agree to provide the sales contract and any other information reasonably required by Servicer to enable Servicer to determine (i) whether or not it is an Arm's Length transaction and (ii) the Shared Appreciation Amount with respect to the Sales Transaction. I further agree and acknowledge that failure to provide the required notice of a Refinance Transaction or Sale Transaction may result in a delay in the Refinance Transaction or Sale Transaction and in my ability to pay off the Note and get the Mortgage released or reconveyed. **I agree that Servicer will not be responsible for any loss, damage, expense, claim, proceeding, cause of action, encumbrance, order, charge, cost or reduction in value caused or contributed to, directly or indirectly, by my failure to give such written notice of a Refinance Transaction or Sale Transaction to Servicer.**

C. "Subsequent Capital Improvements" that will qualify for credit under the Shared Appreciation Amount include only those improvements that are initiated and completed after the Modification Effective Date and are permanent structural improvements that have directly enhanced the value of the property. Repairs to the Property do not qualify as a Subsequent Capital Improvement. Servicer shall use the general guidelines adopted by the Internal Revenue Service to determine the difference between a Subsequent Capital Improvement and a repair. I agree to provide Servicer with the necessary support documentation, including, but not limited to, invoices and payment confirmation so that Servicer can determine whether any amounts for Subsequent Capital Improvements should be credited to the Shared Appreciation Amount. I acknowledge that failure to provide the necessary support documentation will result in no credit being provided for any Subsequent Capital Improvement I performed to the Property.

4 **Additional Agreements.** I agree to the following:

A That all persons who signed the Loan Documents or their authorized representative(s) have signed this Agreement, unless (i) a borrower or co-borrower is deceased; (ii) the borrower and co-borrower are divorced and the property has been transferred to one spouse in the divorce decree, the spouse who no longer has an interest in the property need not sign this Agreement (although the non-signing spouse may continue to be held liable for the obligation under the Loan Documents); or (iii) the Servicer has waived this requirement in writing.

B That this Agreement shall supersede the terms of any modification, forbearance, trial period plan or other workout plan that I previously entered into with Servicer.

C That this Agreement constitutes notice that the Servicer's waiver as to payment of Escrow Items, if any, has been revoked, and I have been advised of the amount needed to fully fund my escrow account.

If this loan is currently escrowed for either taxes or insurance or both taxes and insurance, then Servicer will continue to collect the applicable escrow amount in addition to the monthly principal and interest payment. I agree to pay Servicer on the day payments are due under the Note and Mortgage as amended by this Agreement, until the loan is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over the Mortgage as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Servicer under the Note and Mortgage; (d) mortgage insurance premiums, if any, or any sums payable to Servicer in lieu of the payment of mortgage insurance premiums in accordance with the Note and Mortgage; and (e) any community association dues, fees, and assessments that Servicer requires to be escrowed. These items are called "Escrow Items." I shall promptly furnish to Servicer all notices of amounts to be paid under this Section 4.C. I shall pay Servicer the Funds for Escrow Items unless Servicer waives my obligation to pay the Funds for any or all Escrow Items.

Servicer may waive my obligation to pay to Servicer Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, I shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Servicer and, if Servicer requires, shall furnish to

Servicer receipts evidencing such payment within such time period as Servicer may require. My obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in the Note and Mortgage, as the phrase "covenant and agreement" is used therein. If I am obligated to pay Escrow Items directly, pursuant to a waiver, and I fail to pay the amount due for an Escrow Item, Servicer may exercise its rights under the Note and Mortgage and this Agreement and pay such amount and I shall then be obligated to repay to Servicer any such amount. Servicer may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with the Note and Mortgage, and, upon such revocation, I shall pay to Servicer all Funds, and in such amounts, that are then required under this Section 4.C.

Servicer may, at any time, collect and hold Funds in an amount (a) sufficient to permit Servicer to apply the Funds at the time specified under the Real Estate Settlement Procedures Act ("RESPA") and (b) not to exceed the maximum amount a Servicer may require under RESPA. Servicer shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with applicable law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Servicer, if Servicer is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Servicer shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Servicer shall not charge me for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Servicer pays me interest on the Funds and applicable law permits Servicer to make such a charge. Unless an agreement is made in writing or applicable law requires interest to be paid on the Funds, Servicer shall not be required to pay me any interest or earnings on the Funds. Servicer and I may agree in writing, however, that interest shall be paid on the Funds. Servicer shall provide me, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Servicer shall account to me for the excess funds in accordance with RESPA. If there is a shortage or deficiency of Funds held in escrow, as defined under RESPA, Servicer shall notify me as required by RESPA, and I shall pay to Servicer the amount necessary to make up the shortage or deficiency in accordance with RESPA, but in no more than twelve (12) monthly payments.

Upon payment in full of all sums secured by the Note and Mortgage and this Agreement, Servicer shall promptly refund to me any Funds held by Servicer.

D    That all terms and provisions of the Loan Documents, except as expressly modified by this Agreement, remain in full force and effect; nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the Loan Documents; and that except as otherwise specifically provided in, and as expressly modified by, this Agreement, the Servicer and I will be bound by, and will comply with, all of the terms and conditions of the Loan Documents.

E    That, as of the Modification Effective Date, I understand that the Servicer will only allow the transfer and assumption of the Loan, including this Agreement, to a transferee of my property as permitted under the Garn St. Germain Act, 12 U.S.C. Section 1701j-3. A buyer or transferee of the Property will not be permitted, under any other circumstance, to assume the Loan. Except as noted herein, this Agreement may not be assigned to, or assumed by, a buyer or transferee of the Property.

F    That, I will cooperate fully with Servicer in obtaining any title endorsement(s), or similar title insurance product(s), and/or subordination agreement(s) that are necessary or required by the Servicer's procedures to ensure that the modified mortgage Loan is in first lien position and/or is fully enforceable upon modification and that if, under any circumstance and not withstanding anything else to the contrary in this Agreement, the Servicer does not receive such title endorsement(s), title insurance product(s) and/or subordination agreement(s), then the terms of this Agreement will not become effective on the Modification Effective Date and the Agreement will be null and void.

G    That I will execute such other documents as may be reasonably necessary to either (i) consummate the terms and conditions of this Agreement; or (ii) correct the terms and conditions of this Agreement if an error is detected after execution of this Agreement. I understand that either a corrected Agreement or a letter agreement containing the correction will be provided to me for my signature. At Servicer's option, this Agreement will be void and of no legal effect upon notice of such error. If I elect not to sign any such corrective documentation, the terms of the original Loan Documents shall continue in full force and effect, such terms will not be modified by this Agreement. I agree to deliver any such corrective documents within ten (10) days after I receive the Servicer's written request for such replacement.

H    That the mortgage insurance premiums on my Loan, if applicable, may increase as a result of the capitalization which

will result in a higher total monthly payment. Furthermore, the date on which I may request cancellation of mortgage insurance may change as a result of the New Principal Balance.

I    Severability: Whenever possible, each provision of this Agreement shall be interpreted in such a manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be or become prohibited or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity without invalidating the remainder of such provision or the remaining provisions of this Agreement..

J    In the case of multiple Borrowers, references to "I" and "my" throughout this Agreement shall mean "we" and "our", respectively.

In Witness Whereof, the Servicer and I have executed this Agreement.

Sign Here →   _____    _____/_____/_____ Date
             Lata Tomlinson

Sign Here →   _____    _____/_____/_____ Date

**\*All individuals on the title (even if not a borrower on the note) must sign this agreement. If there are more than two title holders to this property, please have them sign below. If no other title holders exist, please leave this section blank and return it with the rest of the agreement.**

Sign Here →   _____    _____/_____/_____ Date

Sign Here →   _____    _____/_____/_____ Date

_____   _____
Servicer                        BY

_____
Date
If applicable: _____
    Mortgage Electronic Registration Systems, Inc. – Nominee for Servicer

548941
NMLS #: 1852
OSAM020211v2

Loan Number ▉▉0364

Loan Number ████0364

**BALLOON DISCLOSURE**

Borrower(s) ("I" or "me"): Lata Tomlinson

Servicer ("Servicer"): *Ocwen Loan Servicing, LLC*

Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 8/14/2006

Loan Number: ████0364

Property Address: 2326 Gentry Wichita, KS 67220

THIS BALLOON DISCLOSURE is made this 7th day of June, 2013, and is incorporated into and shall be deemed to supplement the Modification Agreement (the "Agreement") of the same date given by the undersigned Borrower(s). The Agreement contains a balloon feature that requires the Borrower(s) to make an additional payment based on the future appreciation of the Property.

This means that even if I make all payments full and on time, the loan will not be paid in full by the final payment date. A single balloon payment will be due and payable in full on 9/1/2036, provided that all payments are made in accordance with the loan terms and the interest rate does not change for the entire loan term. The balloon payment may vary depending on the Shared Appreciation Amount as determined at the time of maturity.

Neither Ocwen Loan Servicing, LLC nor any lender to which this loan is transferred or assigned is under any obligation to finance the amount of the balloon payment. In addition, the value of the real estate securing this loan may change during the term of the loan. On the date the balloon payment becomes due, the value of the real estate may not be sufficient to secure a new loan in an amount equal to the balloon payment.

I/we have read the above disclosure and acknowledge receiving a copy by signing below.

***All individuals on the title (even if not a borrower on the note) must sign this agreement. If there are more than two title holders to this property, please have them sign below.**

_______________________ _______________________
Borrower Date

_______________________ _______________________
Borrower Date

# SHARED APPRECIATION DISCLOSURE

## Important disclosure about the agreement in which you pay a part of any future increase in the value of your home. Please read carefully.

Borrower(s) ("I" or "me"): Lata Tomlinson
Servicer ("Servicer"): *Ocwen Loan Servicing, LLC*
Date of first lien Security Instrument ("Mortgage") and Note ("Note"): 8/14/2006
Loan Number: [redacted]0364
Property Address: 2326 Gentry Wichita, KS 67220 ("Property")

THIS SHARED APPRECIATION DISCLOSURE is made this 7th day of June, 2013, and is incorporated into and shall be deemed to supplement the Modification Agreement (the "Agreement") of the same date given by the undersigned Borrower(s). The Agreement contains a shared appreciation feature that requires the Borrower(s) to make an additional payment based on the future appreciation of the Property.

### SHARED APPRECIATION AMOUNT

I agree to share in any future appreciation of the market value of the Property that occurs between the date of modification and the date the Property is sold, refinanced or the Loan reaches maturity. The Shared Appreciation Amount recognizes certain improvements made to the property after the Modification Effective Date. In no event shall the Shared Appreciation Amount collected be more than the Deferred Principal Balance. The following are examples of how such shared appreciation may be calculated.

### EXAMPLES

This share appreciation modification is available to borrower(s) whose unpaid principal balance exceeds the market value of their Property. Under the shared appreciation modification, the total debt amount owed would be reduced, resulting in a new principal balance made up of two parts: (i) an Interest Bearing Principal Balance that has been adjusted based upon the market value at the time of modification and (ii) a Deferred Principal Balance that does not bear interest and is eligible to be forgiven over a three (3) year period.

For purposes of this disclosure, the scenarios below are based on the following modification terms:

- A market value of $100,000 at the time of modification.
- A New Principal Balance of $130,000.
- An Interest Bearing Principal Balance of $100,000.
- A Deferred Principal Balance of $30,000.

After four (4) years of making each monthly payment on time, I decide to sell the Property and receive an Arm's Length offer to purchase from an unrelated third party in the amount of:

**1 $100,000, EQUIVALENT TO NO APPRECIATION AFTER THE MODIFICATION**

Since the market value of the Property remained the same from the date of modification to the date I decided to sell the Property, I would owe a Shared Appreciation Amount of $0.

- All $30,000 of Deferred Principal Balance would have been already forgiven.
- The Shared Appreciation Amount would be equal to 25% of $0 in appreciation (25% x $0 = $0) or $0.
- Therefore, I would not be required to pay anything as the Shared Appreciation Amount.

**2 $120,000, EQUIVALENT TO AN APPRECIATION OF TWENTY PERCENT (20%) AFTER THE MODIFICATION**

Since the market value of the Property increased from $100,000 to $120,000 from the date of modification to the date I decided to sell the Property, I would owe a total Shared Appreciation Amount of $5,000.

- All $30,000 of Deferred Principal Balance would have been already forgiven.

- The Shared Appreciation Amount would be equal to 25% of the $20,000 in total appreciation (($120,000 - $100,000) x 25% = $5,000) or $5,000.
- Since the Shared Appreciation Amount of $5,000 is less than the Deferred Principal Balance ($30,000), I would be required to pay $5,000 as the Shared Appreciation Amount.
- I would receive the remaining 75% of the appreciation or $15,000 ($20,000 - $5,000 = $15,000).

3 **$120,000, EQUIVALENT TO AN APPRECIATION OF TWENTY PERCENT (20%) AFTER THE MODIFICATION(WITH A SUBSEQUENT CAPITAL IMPROVEMENT MADE TO THE PROPERTY.)**

Similar to example number 2 above, the market value of the Property increased from $100,000 to $120,000 from the date of modification to the date I decided to sell the Property. However, in this instance, I have also produced evidence of a $5,000 Subsequent Capital Improvement made to the property after the modification effective date. As a result, I would receive a credit for the Subsequent Capital Improvement and owe a total Shared Appreciation Amount of $3,750.

- All $30,000 of Deferred Principal Balance would have been already forgiven.
- The Shared Appreciation Amount would be equal to 25% of the $15,000 in appreciation achieved after deduction of the $5,000 for the Subsequent Capital Improvement (($120,000 - $100,000 - $5,000) x 25% = $3,750) or $3,750.
- Since the Shared Appreciation Amount of $3,750 is less than the Deferred Principal Balance ($30,000), I would be required to pay $3,750 as the Shared Appreciation Amount.
- I would receive a full credit of $5,000 for the Subsequent Capital Improvement plus the remaining 75% of the appreciation or $11,250 ($15,000 - $3,750 = $11,250).

4 **$225,000, EQUIVALENT TO AN APPRECIATION OF ONE HUNDRED AND TWENTY FIVE PERCENT (125%) AFTER THE MODIFICATION**

Since the market value of the Property increased from $100,000 to $225,000 from the date of modification to the date I decided to sell the Property, I would owe a total Shared Appreciation Amount of $30,000.

- All $30,000 of Deferred Principal Balance would have been already forgiven.
- The Shared Appreciation Amount would be equal to 25% of the $125,000 in appreciation (($225,000 - $100,000) x 25% = $31,250) or $31,250.
- Since the Shared Appreciation Amount of $31,250 is greater than the Deferred Principal Balance ($30,000), I would only be required to pay $30,000 as the Shared Appreciation Amount.
- I would receive the remaining 75% of the appreciation ($93,750) plus an additional $1,250 ($31,250 - $30,000) because the amount of appreciation actually due cannot exceed the total Deferred Principal Balance of $30,000.

**OTHER CONSIDERATIONS**

1 Borrower(s) should seek independent counseling from a lawyer, a HUD-certified mortgage counselor and/or a tax advisor regarding (A) the trade-off between a current reduction in the size of the mortgage versus the promise to give up part of the future appreciation of your Property, and (B) the tax consequences of the principal forgiveness and shared appreciation features of the Agreement.

2 The U.S. Department of Housing and Urban Development list of approved housing counselors may be found at: http://www.hud.gov/offices/hsg/sfh/hcc/fc/

3 The Agreement could have an effect on future refinancing of the Property. If I refinance or pay off the Note after entering into this Agreement, I will be required to pay part of the appreciation in the value of the Property as described in the Agreement.

I/we have read the above disclosure and acknowledge receiving a copy by signing below.

______________________ ______________________
Borrower Date

______________________ ______________________
Borrower Date

Nicholas R. Grillot
Hinkle Law Fi
301 N. Main St
Wichita, KS 67

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7196 9008 9111 3331 0556
RETURN RECEIPT REQUESTED

U.S. POSTAGE PITNEY BOWES
ZIP 67202 $ 011.75⁰
02 1W
0001360371 MAR. 11. 2015

OCWEN Loan Servicing LLC
c/o The Corporation Service Company
2900 SW Wanamaker Dr., Ste. 204
Topeka, KS 66614