IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

LATA TOMLINSON,

    Plaintiff,    CASE NO.

vs.    6:15-cv-01105-EFM-KGG

OCWEN LOAN SERVICING,

LLC,

    Defendant.


DEPOSITION OF

LATA TOMLINSON

August 29, 2016

9:56 a.m.


BRYAN CAVE LLP

1201 W. Peachtree Street, NW

14th Floor

Atlanta, Georgia  30309


LaRita J. Cormier, RPR, CCR-2578

1    A.  I cannot answer that.  I believe I do have
2    a signed copy because I submitted a copy to Ocwen.
3    BY MR. NICOL:
4        Q.  Did you understand that if you didn't
5    comply with the terms of this modification
6    agreement, Ocwen could commence or resume
7    foreclosure proceedings?
8        A.  Yes, I understand that.  But I also
9    understand about notice and things of that nature.
10   You still have to give notice.  Just like if they're
11   saying I never sent a payment, where is their
12   statement or documentation requesting the payment?
13   That's simple accounting 101.
14       Q.  If you look under paragraph D, there's a
15   paragraph 2 that says The Modification.  Take a
16   second to read that.  You can just read it to
17   yourself.
18       A.  Yes.
19       Q.  Did you understand that if you didn't make
20   the payments, the modification would not be
21   effective?
22       A.  Yes.  That's why I made the payments.
23   That's why I made the payments and Ocwen has not
24   sent me a letter.  And during this time, I was still
25   in that house, I was still in that residence during

1    to know what are the claims that you're making
2    against Ocwen.
3         A.   They offered to give me a Shared
4    Appreciation Modification Offer and did not.  I
5    submitted two payments, and they foreclosed on me.
6    They didn't come back, try to discuss nothing,
7    anything, because if they had and said, oh, Ms.
8    Tomlinson, we didn't receive this payment or that
9    payment, that could have been easily rectified
10   during that time period.  And then it's deceptive
11   because just like on the documents that you pointed
12   out, just these documents that we submitted
13   ourselves with the case are deceptive.
14             Just like what I was pointing out on
15   August -- the letter dated August 27th from Ocwen
16   versus the letter dated August 24th from Ocwen.  You
17   were pointing out that they kept asking for bank
18   statements.  And my testimony is that I submitted
19   those bank statements.  I stand by that.  I
20   submitted those bank statements.  These letters,
21   they had to get bank statements from somewhere to
22   come up with the amounts of my income, even though
23   on the last one the income wasn't correct.  That one
24   was more closely being correct than the first one of
25   a thousand something.  I mean, child support alone,

1  that's what I was getting, that's why you see the
2  letters from them asking for child support.
3          It's deceptive because why would I go
4  through all this for these years to be foreclosure
5  upon.  I did what I was supposed to.  I submitted my
6  payments.  I submitted the signed agreement.  Just
7  like I submitted all these other bank statements and
8  all these other documents that they came back still
9  asking for, and then ultimately basically agreed
10 that I sent it to them, because how else would they
11 be able to come up with my monthly gross amount?
12 They wouldn't be able to just pull that out of thin
13 air.  They got that information from me.  But it's
14 not correct.  I don't know if they didn't add in all
15 the child support or what.  At that point I had -- I
16 did have six children at that time.  And when the
17 modification in 2012, I had four children.  Four
18 children were getting paid support on two.  So with
19 those two alone, that's a thousand something
20 dollars.
21         So it's deceptive in the fact that where is
22 the payments?  What did you guys do with the money
23 orders?  Where are they posted at?  Why am I getting
24 letters saying you don't have this, you don't have
25 that, but then three days later you're saying oh,

1     CERTIFICATE

2  STATE OF GEORGIA:
   COUNTY OF FULTON:
3
           I hereby certify that the foregoing
4  transcript was taken down, as stated in the caption,
   and the colloquies, questions and answers were
5  reduced to typewriting under my direction; that the
   transcript is a true and correct record of the
6  evidence given upon said proceeding.
           I further certify that I am not a relative
7  or employee or attorney of any party, nor am I
   financially interested in the outcome of this
8  action.
           I have no relationship of interest in this
9  matter which would disqualify me from maintaining my
   obligation of impartiality in compliance with the
10 Code of Professional Ethics.
           I have no direct contract with any party in
11 this action and my compensation is based solely on
   the terms of my subcontractor agreement.
12         Nothing in the arrangements made for this
   proceeding impacts my absolute commitment to serve
13 all parties as an impartial officer of the court.

14         This the 14th day of September, 2016.

15

16

17

18
              <%Signature%>
19         _____

20         LaRita J. Cormier, RPR, CCR No. 2578

21

22

23

24

25